**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **National Domestic Violence Hotline** § | | |
| § | | |
| § | | |
| **Plaintiff,** § | **CIVIL ACTION NO.** | |
| § | | |
| **v.** § | **1:20-cv-157** | |
| § | | |
| **StartLoveToday.com, Name.com, Inc., and** § | | |
| **Domain Protection Service, Inc.** § | **JURY DEMANDED** | |
| § | | |
| **Defendants.** § | | |

## SECOND AMENDED COMPLAINT

**The Parties**

1. Plaintiff National Domestic Violence Hotline ("Plaintiff" or "NDVH") is a Texas corporation with an address of P.O. Box 90249, Austin, Texas 78709.

2. Upon information and belief, Defendant StartLoveToday.com is an Internet domain name registered by an unknown entity or entities ("StartLoveToday.com"). Upon information and belief, Defendant Name.com, Inc. is a Nevada corporation with an address of 10500 NE 8th Street, Suite 750, Bellevue, WA, 98004 ("Name.com"). Upon information and belief, Defendant Domain Protection Services, Inc. is a Nevada corporation with an address of 10500 NE 8th Street, Suite 750, Bellevue, WA, 980041 ("Domain Protection Services") (collectively "Defendants").

## JURISDICTION

3. Jurisdiction is proper in this Court pursuant to 15 U.S.C.A. §§ 1121 because this action, at least in part, is an action for infringement of a federally-registered trademark and arises under the Lanham Act, Title 15, United States Code. This Court has jurisdiction over any Texas state law

1

claims under principles of pendent and ancillary jurisdiction.

4.    This Court may exercise personal jurisdiction over Defendants because, on information and belief, Defendants have committed acts of trademark infringement, unfair business practices, and unfair competition and caused injury within this judicial district.  In addition, Defendants Name.com and Domain Protection Services actively solicit business from consumers in this judicial district and engage in business activities in this judicial district.

5.    This Court may exercise personal jurisdiction over Defendants by virtue of Defendants' commission of the activities complained of herein within this judicial district, which have caused and continue to cause harm to Plaintiff, which is located in this judicial district.

## VENUE

6.    Venue is proper in this district pursuant to 28 U.S.C.A. §§ 1391(b) because a substantial part of the events or omissions giving rise to the claims made herein occurred in this district and because of the harm to Plaintiff, and other consumers, occurring within this judicial district.

## GENERAL AVERMENTS

7.    In 1993, Congress passed the Violence Against Women Act which authorized the Secretary of Health and Human Services to award a grant to a private, nonprofit entity to provide for the operation of a national, toll-free telephone hotline to provide information and assistance to victims of domestic violence in the United States and its territories.

8.    On August 17, 1995, Plaintiff's predecessor-in-interest, the Texas Council on Family Violence, received a $1 million grant to begin its operations.

9.    Plaintiff's predecessor-in-interest took its first call on February 21, 1996.  Since then, Plaintiff and its predecessors-in-interest have served victims and survivors of domestic violence,

and their friends and family, with life-saving support, safety planning, and connection to local resources like shelters and legal assistance for more than 20 years.

## Love Is Respect Website and Trademarks

10. In 2007, Plaintiff established a website at loveisrespect.org (the "LIR Website") to empower youth and to prevent and end dating abuse.

11. Plaintiff invested substantial time and resources in the design and marketing the LIR Website.  Plaintiff solicited and received numerous corporate sponsors for the LIR Website including Health Care Service Corporation, Liz Claiborne, Verizon Wireless, and numerous others.

12. The LIR Website includes pages with educational materials and resources relating to how to get help for a victim of abuse as well as general information about what constitutes a healthy relationship and what constitutes abuse.  The LIR website also directs visitors to access live advocate services through phone, digital chat and text. A print-out of the home page of the LIR Website located at www.loveisrespect.org is attached hereto as **Exhibit A**.  A printout of a page titled "About loveisrespect," located at www.loveisrespect.org/about/, is attached hereto as **Exhibit B**.

13. The LIR Website also provides visitors with an opportunity to donate money to Plaintiff by clicking a "Donate" icon that directs the visitors' web browsers to a different page pertaining to donations.  *See* https://www.loveisrespect.org/donate-to-lir/.  *See* **Exhibit C**.

14. In addition to launching the LIR Website, Plaintiff registered trademarks relating to the LIR Website (collectively the "LIR Marks").  Plaintiff was granted U.S. Reg. No. 3427706 for a standard character trademark covering LOVE IS RESPECT (the "LIR Word Mark").  *See* **Exhibit**

**D**.

15. Plaintiff was granted U.S. Trademark 3427734 (*see* **Exhibit E**) for a composite mark shown below (the "LIR Logo"):



16. Plaintiff was granted U.S. Trademark 3821345 (*see* **Exhibit F**) for a design shown below (the "Heart Logo"):



17. As shown in Exhibits A and B, each of the LIR Marks is used on the LIR Website.

18. The LIR Website is regularly updated with articles, blogs and resources such as a "Self-Care Checklist" being added to the website. *See* Exhibit A, pg. 2.

19. An older version of the home page of the LIR Website that was captured by the Internet Archive Wayback Machine on July 20, 2018 is attached hereto as **Exhibit G**, accessible at the following:

https://web.archive.org/web/20180720153129/http://www.loveisrespect.org/

**StartLoveToday is Launched as a Copy of the LIR Website**

20. In late October 2019, Plaintiff became aware of the website located at www.startlovetoday.com (the "StartLoveToday Website"). A copy of the home page of the StartLoveToday Website located at www.startlovetoday.com is attached hereto as **Exhibit H**. A print-out of a page apparently titled "About loveisrespect [sic]," which is located at the following URL, www.startlovetoday.com/about/index.html, is attached hereto as **Exhibit I**. A print-out of a page titled "Thank You to Our Sponsors" is located at the following URL,

http://www.startlovetoday.com/sponsors/index.html, and is attached hereto as **Exhibit J**.

21. Upon information and belief, the StartLoveToday Website is merely a copy of an older version of the LIR Website with some (but importantly, not all) instances of "loveisrespect" changed to "startlovetoday."

22. The StartLoveToday Website includes a "Donate" icon (*see* Exhibit H) that directs the visitors' web browsers to http://www.startlovetoday.com/donate/index.html.  *See* **Exhibit K**.

23. The StartLoveToday Website includes a list of alleged sponsors including HCSC and Verizon and a "Donate" link.  *See* Exhibit J, pgs. 1-3.

24. The home page of the version of the LIR Website captured by the Internet Archive Wayback Machine on July 20, 2018 appears substantially identical, including the same photographs, to the home page of the StartLoveToday Website.  *See* Exhibit G.  Upon information and belief, these two websites are the same except that nearly all instances of "loveisrespect" have been changed to "startlovetoday" and the "© 2017 – National Domestic Violence Hotline" shown in Exhibit C has been changed to "2018 – Start Love Today Media."  *Cf.* Exhibit C with Exhibit H.

25. StartLoveToday.com's copy-and-paste product was even sloppier on other parts of the StartLoveToday Website.  As shown in Exhibit I, the StartLoveToday Website still includes instances of "loveisrespect" that StartLoveToday.com neglected to change.  *See* Exhibit I, located at the following link:

www.startlovetoday.come/about/index

26. In fact, the source code for StartLoveToday.com's "About" page plainly shows that the defendant willfully mirrored Plaintiff's website, as indicated by the first line in that code, which

states "<!-- Mirrored from www.loveisrespect.org/for-yourself/contact-us/ by HTTrack Website Copier/3.x [XR&CO'2014], Thu, 16 Aug 2018 07:30:25 GMT -->" *See* **Exhibit L**.

27. As shown in Exhibits H and I, StartLoveToday.com is making use of Plaintiff's federally registered trademarks.

28. The homepage of the StartLoveToday Website includes text reading "startlovetoday is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline." Exhibit D, pg. 4. This allegation is false. The StartLoveToday Website is not associated with Plaintiff in any way.

29. In addition to being a barely-modified copy of the LIR Website, the StartLoveToday Website also includes the Heart Logo. *See* Exhibits H and I.

### Concealment of the Identity and Location of the True Owners of StartLoveToday

30. Upon information and belief, StartLoveToday.com is registered with Defendant Name.com.

31. Upon information and belief, Defendant Domain Protection Services is a service provider affiliated with Defendant Name.com that permits users to conceal their true identity from ICANN and the public. Upon information and belief, the registrant for StartLoveToday.com is using Defendant Domain Protection Services. *See* WhoIs record, attached as **Exhibit M**. Upon information and belief, the StartLoveToday Webpage is hosted by Cloudflare, Inc. ("Cloudflare"), a Delaware corporation having its principal office at 101 Townsend St., San Francisco, CA 94107.

32. Only after the initial Complaint was filed in this case, and Plaintiff had to issue subpoenas for the contact information, did Defendant Name.com reveal who it believed was actually behind the infringing StartLoveToday.com site, as shown in attached **Exhibit O**

("Name.com Contact Information").  Defendant Name.com also provided the billing information associated with StartLoveToday.com, attached as **Exhibit P** ("Name.com Billing Information"). Both the Name.com Contact Information and Name.com Billing Information indicate that "Travis Buermann" is the owner of StartLoveToday.com.  The mailing address listed on both the Name.com Contact Information and the Name.com Billing Information is 15500 SW Jay Street #92681, Beaverton, OR 97006.

33. Plaintiff was able to locate an individual named Travis Buermann residing in Oregon, and added him as a defendant in Plaintiff's First Amended Complaint.  Upon serving process on Mr. Buermann and communicating with his counsel, however, it quickly became apparent that Mr. Buermann was a victim of unknown entity or entities who fraudulently registered the StartLoveToday Website using Mr. Buermann's name.  Mr. Buermann signed an affidavit attached as **Exhibit Q**, and Plaintiff filed a motion to dismiss him from this case.  The Court granted this motion to dismiss.

### Name.com's and Domain Services' Willful Blindness to Infringement by the StartLoveToday Website

34. Plaintiff has sought through several different means to get the counterfeit StartLoveToday Website taken down, including by notifying Defendant Name.com and Cloudflare, as well as other governmental agencies.  To date, neither the domain name registrar, host, or agencies designed to prevent counterfeiting and phishing have offered any assistance whatsoever.

35. On or about October 31, 2019, Plaintiff reported the StartLoveToday Website in a letter to Defendant Name.com sent via Federal Express and by email to Abuse@name.com.  Plaintiff identified the StartLoveToday Website as being engaged in a "phishing scheme," alerted

Name.com to the infringement of the LIR Marks by the StartLoveToday Website, and asked Defendant Name.com to disable the domain name www.startlovetoday.com. In its letter, Plaintiff specifically identified the registration numbers of the LIR Word Mark and the LIR Logo. A copy of this letter is attached as **Exhibit R**.

36. A representative for Defendant Name.com responded to the email to Abuse@name.com on November 5, 2019 stating that Plaintiff's report "has been solved." Plaintiff repeatedly informed Defendant Name.com that the infringement has not been solved in two follow-up emails and received no reply. A copy of this first email chain is attached as **Exhibit S**.

37. In November 2019, pursuant to Defendant Name.com's suggestion, Exhibit S ("In the event that the domain is using a WhoIs privacy service, you can reach the Registrant of this domain by filing the form found by visiting the URL provided for the registrant email in the WhoIs output for the domain"), Plaintiff attempted to contact the still unknown entity or entities controlling the StartLoveToday Website via a web form provided by Defendant Domain Protection Services. This web form, however, was non-functional, so Plaintiff sent a letter to Defendant Domain Protection Services by mail and fax alerting Domain Protection Services of the infringement of the LIR Marks, including specifically identifying the registration numbers of the LIR Word Mark and the LIR Logo. A copy of this letter is attached as **Exhibit T**. To date, Plaintiff has not received a response from Defendant Domain Protection Services.

38. On December 4, 2019, Plaintiff submitted a second report to Abuse@name.com stating that the StartLoveToday Website appeared to be a phishing website. In this second report, Plaintiff attached the letter sent to Domain Protection Services (Exhibit T), which as discussed above also detailed the infringement of the LIR Marks, including specifically identifying the registration

numbers of the LIR Word Mark and the LIR Logo.  In response to the second report, Defendant

Name.com stated "It appears that the link you provided is no longer resolving to a phishing site at

this time. We will not be able to take further action against this domain until we can verify that the

domain is violating our Registration Agreement."  In an email to support@name.com on January

22, 2020, Plaintiff provided evidence to Defendant Name.com showing that the StartLoveToday

Website was a blatant copy of the LIR Website.  In the January 22, 2020 email, Plaintiff alerted

Defendant Name.com to the fact that the source code of the StartLoveToday Website states that

the StartLoveToday Website was copied from the LIR Website (as established by Exhibit L).

Plaintiff provided further evidence of the fraudulent and trademark infringing nature of the

StartLoveToday Website and again asked for the domain name to be disabled, but Name.com again

did not respond beyond its initial response.  A copy of this second email chain is attached as

**Exhibit N**.

   39. After the initial Complaint was filed in this case and in response to Plaintiff's subpoena,

Defendant Name.com provided the Name.com Contact Information and Name.com Billing

Information that included the name and contact information for "Travis Buermann" (Exhibits O

and P).  From May 5-26, 2020, Plaintiff informed Defendant Name.com that Travis Buermann's

identity had been fraudulently used and again asked Defendant Name.com to disable access to the

StartLoveToday Website in further view of the fraudulent registration as well as the trademark

infringement.  Plaintiff requested to speak to legal counsel on the latter email, but Defendant

Name.com never responded to this message.  A copy of this third email chain is attached as **Exhibit**

**U**.

   40. Defendants Name.com and Domain Protection Services have therefore had actual

notice of trademark infringement by the StartLoveToday Website at least since November 2019.

41. Defendant Name.com has the ability to disable the domain name www.startlovetoday.com, or to transfer the domain name to Plaintiff, which in either event would result in disabling access to the StartLoveToday Website. *See* Name.com Registration Agreement, attached as **Exhibit V**, which in § 6(A) states that Name.com has the power and authority to, among other things, "reject, terminate or suspend the [domain name registration services], at any time for cause." Cause includes but is not limited to "fraudulent payment information," "allegations of illegal conduct or infringement of any third-party intellectual property right," and "failure to keep your Account or RDDS information accurate and up to date." Section 6(E) states that Name.com has the right to "deny, cancel, or transfer any domain name registration."

42. Plaintiff's repeated reports of trademark infringement and fraud have been ignored by both Defendants Name.com and Domain Protection Services. Despite these repeated reports, Defendant Name.com has continued to provide domain registration services for the StartLoveToday Website and Defendant Domain Protection Services has continued to provide its WhoIs privacy services to the StartLoveToday Website.

43. Defendants Name.com and Domain Protection Services have willfully ignored these repeated reports and the StartLoveToday Website remains actively infringing the LIR Marks, leaving Plaintiff no choice but to pursue relief from this Court to protect the LIR Marks. Action has become imperative because of the ongoing pandemic. During a time when more people are required to remain in their homes, cases of domestic violence increase, and the number of people seeking Plaintiff's services likewise increase. As a result, there is all the more urgency to eliminate this confusingly similar, and dangerously misleading use, which defendants Name.com and

Domain Protection Services have in their power to do.

## COUNT I – TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN

44. Plaintiff repeats the allegations of paragraphs 1-43 above as if fully set forth herein.

45. Plaintiff's cause of action in Count I arises under Texas common law, and §§ 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

46. Upon information and belief, the Plaintiff's trademarks as set forth herein are valid and subsisting.  In addition, the appearance and configuration of the LIR Website is inherently distinctive and constitutes protectable trade dress.

47. Upon information and belief, Defendant StartLoveToday.com's acts complained of above are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendant StartLoveToday.com or the StartLoveToday Website with Plaintiff, Plaintiff's trademarks, the LIR Website, and/or as to the origin, sponsorship, or approval of the infringing StartLoveToday Website, Defendant StartLoveToday.com, or its commercial activities by Plaintiff in derogation of §§ 32 and 43(a) of the Lanham Act, 15 U.S.C.§ 1114 and 1125(a), and the common law of the State of Texas (*e.g.*, victims of abuse may be misdirected to the StartLoveToday Website site instead of Plaintiff's site).

48. Further, Plaintiff has invested substantial time, effort, skill and resources in the creation of Plaintiff's trademarks and the LIR Website.  Upon information and belief, Defendant StartLoveToday.com and/or one or more of those persons and entities who have supplied the infringing StartLoveToday Website to Defendant StartLoveToday.com, have willfully, deliberately and unlawfully copied the Plaintiff's trademarks and the LIR Website in the creation of the infringing StartLoveToday Website, thereby gaining an economic advantage over Plaintiff

by not having to incur the requisite expense for the creation of the infringing StartLoveToday Website,.

49. Plaintiff has, for a number of years, used the LIR Marks to identify its services by, among other things, prominently displaying the LIR Marks on the LIR Website.

50. Upon information and belief, Defendant StartLoveToday.com has used the LIR Marks on the StartLoveToday Website, which is accessible in the United States and throughout the world, to Plaintiff's detriment.

51. Upon information and belief, as a result of the association by visitors to the LIR Website (which includes the LIR Marks) with Plaintiff, Defendant StartLoveToday.com's use of the LIR Marks is likely to cause confusion, and thereupon cause, as a direct and proximate result, damages to Plaintiff.

52. Upon information and belief, the acts of Defendant StartLoveToday.com complained of above constitute misappropriation, unfair competition, trademark infringement and unlawful product emulation actionable under the common law of the State of Texas and §§ 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

## <u>COUNT II - UNFAIR BUSINESS PRACTICES AND MISAPPROPRIATION OF BUSINESS AND/OR TRADE VALUE</u>

53. Plaintiff repeats the allegations of paragraphs 1-52 above as if fully set forth herein.

54. Upon information and belief, the LIR Website constitutes a tangible and/or intangible trade value.

55. Upon information and belief, Defendant StartLoveToday.com has attempted to appropriate, and has appropriated, Plaintiff's business and tangible and/or intangible trade values by the means set forth in the incorporated paragraphs above.

56. Upon information and belief, Defendant StartLoveToday.com's misappropriation of Plaintiff's business and tangible and/or intangible trade values by the means set forth in the incorporated paragraphs above has directly and proximately caused harm to the commercial relations of Plaintiff

57. Alternatively, the actions of Defendant StartLoveToday.com, as set forth in the paragraphs incorporated herein, constitute unfair business practices which have directly and proximately caused damages to Plaintiff and harm to Plaintiff's commercial relations.

## COUNT III – TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

58. Plaintiff hereby repeats the allegations of paragraphs 1-57 above as if fully set forth herein.

59. Visitors to the LIR Website are provided with the ability to donate to Plaintiff.

60. When Defendant StartLoveToday.com copied (or caused others to copy) the LIR Website to create the StartLoveToday Website, the Donate button was included, but Defendant StartLoveToday.com changed the resulting URL from https://www.loveisrespect.org/donate-to-lir/ to http://www.startlovetoday.com/sponsors/index.html. Even though Defendant StartLoveToday.com's webpage located at http://www.startlovetoday.com/sponsors/index.html currently redirects actual or potential customers to https://www.loveisrespect.org/donate-to-lir/ this could change at any moment, and is in any event likely to cause confusion.

61. As discussed herein, Defendant StartLoveToday.com has infringed Plaintiff's trademarks, misappropriated Plaintiff's trade dress, and engaged in unfair business practices.

62. Upon information and belief, due to Defendant StartLoveToday.com's illegal activities, visitors to the StartLoveToday Website who might have otherwise donated to Plaintiff

did not, because of such confusing use by Defendant StartLoveToday.com.

63. Upon information and belief, the acts of Defendant StartLoveToday.com complained of above constitute tortious interference with prospective business relations under the common law of the State of Texas.

### COUNT IV – CONTRIBUTORY TRADEMARK INFRINGEMENT

64. Plaintiff hereby repeats the allegations of paragraphs 1-63 above as if fully set forth herein.

65. Defendant StartLoveToday.com has directly infringed the LIR Marks with the StartLoveToday Website and committed other tortious acts as set forth above.

66. Defendants Name.com and Domain Protection Services have had actual knowledge of the direct infringement of the LIR Marks of StartLoveToday.com since at least November 2019. Despite this actual knowledge, Defendants Name.com and Domain Protection Services have continued to supply their services to the StartLoveToday Website.

67. Defendant Name.com has materially contributed to the direct infringement by continuing to provide domain registration services to the StartLoveToday Website after being notified of the direct infringement of the LIR Marks.

68. Defendant Domain Protection Services has materially contributed to the direct infringement by continuing to provide WhoIs privacy services to the StartLoveToday Website after being notified of the direct infringement of the LIR Marks.

### COUNT V – CIVIL CONSPIRACY TO COMMIT TRADEMARK INFRINGEMENT, UNFAIR BUSINESS PRACTICES, AND TORTIOUS INTERFERENCE

69. Plaintiff hereby repeats the allegations of paragraphs 1-68 above as if fully set forth herein.

70. Defendant Name.com, Domain Protection Services, and Defendant StartLoveToday.com contracted with one another to cause the StartLoveToday Website to be available at the domain name StartLoveToday.com, and for domain privacy services to be provided to StartLoveToday.com.

71. Defendant StartLoveToday.com has unlawfully infringed the LIR Marks with the StartLoveToday Website, and committed other tortious actions as described above.

72. Upon information and belief, Defendant StartLoveToday.com has used the LIR Marks on the StartLoveToday Website, which is accessible in the United States and throughout the world, to Plaintiff's detriment.

73. Upon information and belief, as a result of the association by visitors to the LIR Website (which includes the LIR Marks) with Plaintiff, Defendant StartLoveToday.com's use of the LIR Marks is likely to cause confusion, and thereupon cause, as a direct and proximate result, damages to Plaintiff.

74. Defendants Name.com and Domain Protection Services are aware of the on-going illegal acts committed by Defendant StartLoveToday.com and continue to further these illegal acts by continuing to provide contracted services to Defendant StartLoveToday.com.

75. Defendants Name.com and Domain Protection Services, by virtue of the foregoing actions described hereinabove, have conspired with StartLoveToday.com to commit trademark infringement, unfair business practices, and tortious interference with Plaintiff's business relations, all to the harm and detriment of Plaintiff and its trademarks.

## JURY DEMAND

76. Plaintiff demands a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment jointly and severally against the Defendants, and for relief including:

A.    Upon proper application, a preliminary and/or permanent injunction enjoining Defendants against continuation of the illegal acts recited above.

B.    An accounting for and an award of the profits earned by Defendants as a result of Defendants' illegal acts and the damages suffered by Plaintiff as a result of Defendants' illegal acts.

C.    An award of treble damages and an award of punitive or exemplary damages.

D.    An award of costs and reasonable attorneys' fees.

E.    An award or pre- and post-judgment interest.

F.    All other relief as the Court may deem just.

Respectfully submitted,

/s/ Dwayne K. Goetzel
_____

Dwayne K. Goetzel
Texas State Bar No. 08059500
Geoffrey Heaven
Texas State Bar No. 24090159
KOWERT, HOOD, MUNYON,
  RANKIN & GOETZEL, P.C.
1120 South Capital of Texas Highway
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**NATIONAL DOMESTIC**
**VIOLENCE HOTLINE**

# EXHIBIT A



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

Chat Now

love is respect.org

Get Help ⌄    Relationships 101 ⌄    Resources ⌄    Teen DV Month    Quizzes ⌄    About ⌄    Blogs ⌄    Donate    🔍

# Welcome to loveisrespect.org

*We're here to help*

💬 **CHAT:**
24/7/365

📞 **CALL:**
1.866.331.9474

📱 **TEXT:**
LOVEIS TO 22522

*Message & Data Rates apply on text for help services. Message frequency varies. Click for privacy policy. Visit Terms & Conditions on Text for Help Sevices to learn more.*











### Self-Care Checklist

September 26, 2019 / 0 Comments / in loveisrespect, Safety & Self Care

Excerpted from The Happy Healthy Nonprofit: Impact with Burnout by Beth Kanter and Aliza Sherman Copyright 2016 Wiley http://bit.ly /happyhealthynpbook  Self-care...

Read more →



### Childhood Trauma is No Excuse for Abusive Behavior

May 30, 2019 / 0 Comments / in Dynamics of Abuse, loveisrespect

by Bri & Nicole, loveisrespect advocates  Here at loveisrespect, we often talk with people who are experiencing abuse in their relationship, and they want to...

Read more →



### Supporting Your Partner Through Transition

April 26, 2019 / 0 Comments / in Dating & Hooking Up, loveisrespect, Supporting Others

 by Dylan, a loveisrespect advocate  So, your partner just came out to you as transgender. Maybe you saw it coming, maybe you didn't....

Read more →



### "What is Love?": Applying The 5 Love Languages™ to Healthy Relationships

March 28, 2019 / 0 Comments / in Dating & Hooking Up, loveisrespect

by Dana, a loveisrespect advocate   "Love" can be one of those words that is used often, and in a variety of ways. I love my pet....

Read more →



### Self-care When You're Angry

February 28, 2019 / 0 Comments / in loveisrespect, Safety & Self Care, Teen DV Month

by Heather, a loveisrespect Advocate  Survivors often experience anger due to the abusive things they've been put through, and self-care can be...

Read more →



### Questions to Ask Your Friend if You Are Worried About Their Relationship

February 22, 2019 / 0 Comments / in loveisrespect, Supporting Others, Teen DV Month

 by Heather, a loveisrespect advocate  Here at loveisrespect, we often hear from people who are worried about a loved one's relationship and want to...

Read more →

## Take Our Quizzes

Test your knowledge of healthy relationships and dating abuse with our quizzes!
You can download the text versions here.





QUIZ

### Am I A Good Partner?

Are you a good partner? Answer yes or no to the following questions to find out.

**Read More**



QUIZ

### Do you thi...
### practicing
### care?

Do you think you are p...
Answer the following q...

**Read More**

**ABOUT**

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.



**OUR SPONSORS**



Health Care Service Corporation

This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline

# EXHIBIT B



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

**Chat Now**

love is respect.org

Get Help ⌄    Relationships 101 ⌄    Resources ⌄    Teen DV Month    Quizzes ⌄    About ⌄    Blogs ⌄    Donate    🔍

## About loveisrespect

## Our Purpose

loveisrespect's purpose is to engage, educate and empower young people to prevent and end abusive relationships.

## Our Services

Highly-trained advocates offer support, information and advocacy to young people who have questions or concerns about their dating relationships. We also provide information and support to concerned friends and family members, teachers, counselors, service providers and members of law enforcement. Free and confidential phone, live chat and texting services are available 24/7/365.

**Chat at www.loveisrespect.org**
**Text LOVEIS to 22522***
**Call 1-866-331-9474**



Online, loveisrespect strives to be a safe, inclusive space for young people to access information and get help in an environment that is designed specifically for them. Our website provides comprehensive education on healthy, unhealthy and abusive dating relationships and behaviors.

Loveisrespect also mobilizes parents, educators, peers and survivors to proactively raise awareness on healthy dating behaviors and how to identify unhealthy and abusive patterns. Through trainings, toolkits, and curriculum, we are growing community educators and advocates to promote healthy relationships and prevent future patterns of abuse.

*Msg&Data Rates apply on text for help services. Read our privacy policy and Terms & Conditions.*

## Our History

loveisrespect (originally loveisrespect, National Dating Abuse Helpline) was launched in February 2007 as a project of the National Domestic Violence Hotline with a supporting grant from Liz Claiborne, Inc. It was the first 24-hour resource for teens who were experiencing dating violence and abuse and is the only teen helpline serving all of the United States and its territories.

In 2011, loveisrespect grew even stronger as The Hotline entered into a strategic partnership with Break the Cycle, another national leader in preventing dating abuse. That same year with support from Mary Kay Inc., loveisrespect launched 24-hour text services as an addition to our phone and live chat services. Vice President Joe Biden, who has spent decades working to end violence against women, premiered the text service and sent the very first text message to a loveisrespect advocate.

We are proud to call loveisrespect the ultimate resource to engage, educate and empower youth to prevent and end abusive relationships!

## Our Team

### National Domestic Violence Hotline

The National Domestic Violence Hotline is the only 24/7 national hotline that provides direct services to anyone affected by domestic violence. Learn more about their work and the advocates who assist victims and survivors, as well as their friends and families.

### Break the Cycle

Break the Cycle is the premiere partner of loveisrespect and the leading voice dedicated to the prevention of dating abuse. Learn more about their services and resources available nationwide.

**ABOUT**

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

**OUR SPONSORS**



This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on



Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline

# EXHIBIT C



Tip: You can quickly leave this website by clicking on the "X" icon in the bottom right or by pressing the Escape key twice. Users of the Microsoft Edge web browser will not be able to use the "back" button to re-enter the website after hitting the "X" or "Escape" button.

Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

**love is respect.org**

Chat Now

Get Help ⌄    Relationships 101 ⌄    Resources ⌄    Teen DV Month    Quizzes ⌄    About ⌄    Blogs ⌄    Donate    🔍

Donate

You are here: Home / Donate

Your gift makes it possible for loveisrespect to provide the ultimate source of support for young people to prevent and end dating abuse, inspiring them to create a culture of healthy relationships.

**Thank you for your support!**

### Your Donation

$20    $50    $100    $250    $500    Other

### About You

Your Birthday                 [optional]

How did you hear about        [optional]
The Hotline?

### Give Monthly

☐ Make this a monthly gift

### Donate in Honor or Memory

☐ Dedicate my gift to...

### Donor Information

☐ Make this gift on behalf of an organization:

Title, First and Last     [title ▼]  [first name]  [last name]
Name:

Email:                    [                    ]

Phone:                    [optional]

Country:                  [United States ▼]

Street Address:           [                    ]

City:                     [                    ]

State, ZIP:               [state ▼]  [zip]

☐ Please make my donations anonymous.

Tell us why you gave today (optional):
[optional]

**Sign up to receive email updates from us!**

Would you like to keep up with the latest news and events about The Hotline? Enter your information below and we will be in touch.

[first name]

[last name]

[email address]

Subscribe Now



## Payment Details

Payment Processed by Blackbaud

Cardholder Name:

Credit Card Number:

Expiration Date: month ▾  year ▾    CVV: ⃝?

**Donate Now**

*Donors from Florida: The Hotline's registration # is CH36499. A copy of the official registration and financial information may be obtained from the Division of Consumer Services by calling toll-free within the state. Registration does not imply endorsement, approval, or recommendation by the state. 1-800-HELP-FLA (435-7352) www.FloridaConsumerHelp.com*

**ABOUT**

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

**OUR SPONSORS**

This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline

# EXHIBIT D

**Int. Cls.: 35 and 45**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,427,706**

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# LOVE IS RESPECT

TEXAS COUNCIL ON FAMILY VIOLENCE (TEXAS NON-PROFIT CORPORATION)
P.O. BOX 161810
AUSTIN, TX 78716

FOR: REFERRALS IN THE FIELD OF SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE TO APPROPRIATE AGENCIES; PROMOTING PUBLIC AWARENESS OF THE NEED FOR INTERVENTION IN SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE BY PROVIDING INFORMATION ABOUT TEENAGE DATING VIOLENCE AND ABUSE; PUBLIC INFORMATION CAMPAIGN SERVICES TO PROMOTE PUBLIC AWARENESS OF TEENAGE DATING VIOLENCE AND ABUSE, ITS SYMPTOMS AND ITS IMPACT ON CHILDREN AND THEIR FAMILIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

FOR: TELEPHONIC AND INTERNET-BASED HOTLINE SERVICES, NAMELY, OFFERING ADVICE REGARDING TEENAGE DATING VIOLENCE AND ABUSE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-095,975, FILED 1-31-2007.

ANTHONY RINKER, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cls.: 35 and 45

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,427,734

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



TEXAS COUNCIL ON FAMILY VIOLENCE (TEXAS NON-PROFIT CORPORATION)
P.O. BOX 161810
AUSTIN, TX 78716

FOR: REFERRALS IN THE FIELD OF SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE TO APPROPRIATE AGENCIES; PROMOTING PUBLIC AWARENESS OF THE NEED FOR INTERVENTION IN SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE BY PROVIDING INFORMATION ABOUT TEENAGE DATING VIOLENCE AND ABUSE; PUBLIC INFORMATION CAMPAIGN SERVICES TO PROMOTE PUBLIC AWARENESS OF TEENAGE DATING VIOLENCE AND ABUSE, ITS SYMPTOMS AND ITS IMPACT ON CHILDREN AND THEIR FAMILIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

FOR: TELEPHONIC AND INTERNET-BASED HOTLINE SERVICES, NAMELY, OFFERING ADVICE REGARDING TEENAGE DATING VIOLENCE AND ABUSE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORG" AND "NATIONAL TEEN DATING ABUSE HELPLINE", APART FROM THE MARK AS SHOWN.

SN 77-106,403, FILED 2-13-2007.

ANTHONY RINKER, EXAMINING ATTORNEY

# EXHIBIT F

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,821,345**

**Registered July 20, 2010**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NATIONAL COUNCIL ON FAMILY VIOLENCE (TEXAS NOT-FOR-PROFIT CORPORATION)
P.O. BOX 161810
AUSTIN, TX 78716

FOR: TELEPHONIC AND INTERNET-BASED HOTLINE SERVICES, NAMELY, OFFERING ADVICE REGARDING TEENAGE DATING VIOLENCE AND ABUSE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

THE MARK CONSISTS OF A SPEECH BALLOON WITH A HEART CONTAINED WITHIN IT.

SER. NO. 77-887,644, FILED 12-7-2009.

STEPHANIE ALI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT G





**Welcome to loveisrespect.org**
We're here to help.

💬 **CHAT:**
24/7/365

📞 **CALL:**
1.866.331.9474

📱 **TEXT:**
LOVEIS TO 22522

*Message & Data Rates apply on text for help services. Message frequency varies. Click for privacy policy. Loveisrespect Text for Help Services, sponsored by Mary Kay Inc. Visit Terms & Conditions on Text for Help Sevices to learn more.*

love is respect.org

Get Help ⌄   Relationships 101 ⌄   Resources ⌄   Teen DV Month ⌄   **Quizzes** ⌄   About ⌄   Blog ⌄   Donate   🔍

Chat Now

## Too Good to Be True?

July 9, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse

*by Heather, a loveisrespect Advocate*

We've all seen the movies and heard the songs about whirlwind romances that turn into lifelong soulmates...but unfortunately here at loveisrespect we often hear another tune: one where being swept off your feet leaves you flat on your back. We know that people who behave abusively towards their romantic partners are often very charming and manipulative and, initially at least, can seem perfect. For this reason, love at first sight can be a dangerous idea. Here are some red flags to look out for if you're wondering if your partner or relationship is too good to be true.

Read More →





Too Good to Be True?

July 9, 2018 / 0 Comments / in Dating & Hooking Up,

How Can I Get What I Want and Need From My Relationship?

I Just Want Help. Why Do I Have to Answer All These Questions?

INTERNET ARCHIVE WaybackMachine    https://www.loveisrespect.org/    Go

1,349 captures
10 Feb 2007 - 16 Dec 2019

JUN JUL AUG
◄ 20 ►
2017 2018 2019

About this capture

Dynamics of Abuse

by Heather, a loveisrespect Advocate We've all seen the movies and heard the songs about whirlwind romances that turn into lifelong soulmates... but unfortunately here...

Read more →

May 31, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse

by Paige, a loveisrespect Advocate Healthy relationships require work from everyone involved— one person can't make an unhealthy or abusive relationship healthy again by themselves. We often hear from people hoping to...

Read more →

April 25, 2018 / 0 Comments / in Inside LIR, Supporting Others

By Michelle, Development & Marketing Team Member and former Advocate at loveisrespect Deciding to reach out to loveisrespect can be...

Read more →



### Help, I'm Panicking! Grounding Exercises for Strong Emotions

April 12, 2018 / 0 Comments / in Safety & Self Care

by Paige, a loveisrespect Advocate We've all been there—sweating, heart racing, hyperventilating, thoughts spiraling out to envision worst-case scenarios. Panic...



### Sexual Assault Awareness Month 2018: Embrace Your Voice

April 3, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse, In The Media, Safety & Self Care, Supporting Others

April is Sexual Assault Awareness Month and this year's theme is "Embrace Your Voice." Between



### Pregnancy, Abuse and Decisions

March 5, 2018 / 0 Comments / in Dynamics of Abuse

By Heather, loveisrespect Advocate Being pregnant, or even just thinking about being pregnant, can bring up a lot of complicated...

Read more →


INTERNET ARCHIVE
WaybackMachine
https://www.loveisrespect.org/    Go    JUN **JUL** AUG
1,349 captures                              ◀ **20** ▶
10 Feb 2007 - 16 Dec 2019          2017 **2018** 2019

▼ About this capture

See All Posts

## Take Our Quizzes

Test your knowledge of healthy relationships and dating abuse with our quizzes! You can download the text versions here.



QUIZ

# Do Abusive Partners Change?

Is your relationship really becoming abuse-free? Answer yes or no to the following questions to find out. Make sure to check the box to record your responses. At the end,...

QUIZ

# Am I A Goo

Are you a good partner following questions to

Read More

INTERNET ARCHIVE WayBackMachine | https://www.loveisrespect.org/ | Go | JUN **JUL** AUG ◄ **20** ► 2017 **2018** 2019
1,349 captures
10 Feb 2007 - 18 Dec 2019

▼ About this capture

### ABOUT

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the

### OUR SPONSORS

This project was supported by Grant Number 90EV0426 from the Administration



National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.



MARY KAY

on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline

# EXHIBIT H



## Too Good to Be True?

July 9, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse

*byHeather, astartlovetodayAdvocate*

We've all seen the movies and heard the songs about whirlwind romances that turn into lifelong soulmates...butunfortunately here atloveisrespectwe often hear another tune:one where being swept off your feet leaves you flat on your back. We know that people who behave abusively towards their romantic partners are often verycharming and manipulativeand,initially at least, can seem perfect. For this reason, love at first sight can be a dangerous idea. Here are somered flagsto look out for if you're wondering if your partner or relationshipistoo good to be true.

Read More →





### Too Good to Be True?

July 9, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse

byHeather, astartlovetodayAdvocate We've all seen the movies and heard the songs about whirlwind romances that turn into lifelong soulmates...



### How Can I Get What I Want and Need From My Relationship?

May 31, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse

by Paige, astartlovetodayAdvocate Healthy relationshipsrequire work fromeveryone involved—



### I Just Want Help. Why Do I Have to Answer All These Questions?

April 25, 2018 / 0 Comments / in Inside LIR, Supporting Others

By Michelle, Development & Marketing Team Member and former Advocate at startlovetoday

butunfortunately here...

Read more →

one person can'tmake an unhealthyor
abusiverelationship healthy again bythemselves.We
often hear frompeoplehoping to...

Read more →

Deciding to reach out to startlovetoday can be...

Read more →







### Help, I'm Panicking! Grounding Exercises for Strong Emotions

April 12, 2018 / 0 Comments / in Safety & Self Care

by Paige, a startlovetoday Advocate We've all been there—sweating, heart racing, hyperventilating, thoughts spiraling out to envision worst-case scenarios. Panic...

Read more →

### Sexual Assault Awareness Month 2018:Embrace Your Voice

April 3, 2018 / 0 Comments / in Dating & Hooking Up, Dynamics of Abuse, In The Media, Safety & Self Care, Supporting Others

April is Sexual Assault Awareness Monthand this year's theme is "Embrace Your Voice."Between theHarvey Weinsteinrevelations, the #MeToocampaign, and theTime's Upmovement,...

Read more →

### Pregnancy, Abuse and Decisions

March 5, 2018 / 0 Comments / in Dynamics of Abuse

By Heather, startlovetoday Advocate Being pregnant, or even just thinking about being pregnant, can bring up a lot of complicated...

Read more →

See All Posts

## Take Our Quizzes

Test your knowledge of healthy relationships and dating abuse with our quizzes!
You can download the text versions here.





**QUIZ**

# Do Abusive Partners Change?

Is your relationship really becoming abuse-free? Answer yes or no to the following questions to find out. Make sure to check the box to record your responses. At the end,...

**Read More**



**QUIZ**

## Am I A Goo

Are you a good partner
following questions to

**Read More**

**ABOUT**

startlovetoday is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

**OUR SPONSORS**



This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on

Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

# EXHIBIT I



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

Start Love Today

Get Help ⌄   Relationships 101 ⌄   Resources ⌄   Teen DV Month ⌄   Quizzes ⌄   **About** ⌄   Blog ⌄   Donate   🔍

## About loveisrespect

## OurPurpose

Startlovetoday's purpose is to engage, educate and empower young people to prevent and end abusive relationships.

## Our Services

Highly-trained advocates offer support, information and advocacy to young people who have questions or concerns about their dating relationships. We also provide information and support to concerned friends and family members, teachers, counselors, service providers and members of law enforcement. Free and confidential phone, live chat and texting services are available 24/7/365.

**Chat at startlovetoday.com**
**Text loveis to 22522***
**Call 1-866-331-9474**

Online, loveisrespect strives to be a safe, inclusive space for young people to access information and get help in an environment that is designed specifically for them. Our website provides comprehensive education on healthy, unhealthy and abusive dating relationships and behaviors.

Loveisrespect also mobilizes parents, educators, peers and survivors to proactively raise awareness on healthy dating behaviors and how to identify unhealthy and abusive patterns. Through trainings, toolkits, and curriculum, we are growing community educators and advocates to promote healthy relationships and prevent future patterns of abuse.

*Msg&Data Rates apply on text for help services. Read our privacy policy and Terms & Conditions. Text STOP to 22522 to unsubscribe. Text HELP to 22522 for tech support. Loveisrespect Text for Help Services are sponsored by Mary Kay Inc.

## Our History

Loveisrespect (originally loveisrespect, National Dating Abuse Helpline) was launched in February 2007 as a project of the National Domestic Violence Hotline with a supporting grant from Liz Claiborne, Inc. It was the first 24-hour resource for teens who were experiencing dating violence and abuse and is the only teen helpline serving all of the United States and its territories.

In 2011, loveisrespect grew even stronger as The Hotline entered into a strategic partnership with Break the Cycle, another national leader in preventing dating abuse. That same year with support from Mary Kay Inc., loveisrespect launched 24-hour text services as an addition to our phone and live chat services. Vice President Joe Biden, who has spent decades working to end violence against women, premiered the text service and sent the very first text message to a loveisrespect advocate.

We are proud to call loveisrespect the ultimate resource to engage, educate and empower youth to prevent and end abusive relationships!

## Our Team

**National Domestic Violence Hotline**
The National Domestic Violence Hotline is the only 24/7 national hotline that provides direct services to anyone affected by domestic violence. Learn more about their work and the advocates who assist victims and survivors, as well as their friends and families.

**Break the Cycle**
Break the Cycle is the premiere partner of loveisrespect and the leading voice dedicated to the prevention of dating abuse. Learn more about their services and resources available nationwide.

**ABOUT**

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

   

**OUR SPONSORS**



This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).



2018 – National Domestic Violence Hotline

# EXHIBIT J



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

Start Love Today

Get Help ⌄   Relationships 101 ⌄   Resources ⌄   Teen DV Month ⌄   Quizzes ⌄   About ⌄   Blog ⌄   Donate

# Thank You to Our Sponsors

## Featured Sponsors







## Mary Kay
Featured Sponsor

Mary Kay is the lead sponsor of our text for help service – the nation's first and only dating abuse text message helpline. Text "loveis" to 22522 for support.

## Health Care Service Corporation
Featured Sponsor

The Health Care Service Corporation (HCSC) and its Blue Cross and Blue Shield Plans of Illionois, New Mexico, Oklahoma and Texas, founded Startlovetoday's Start Talking campaign, which provides free resources to schools, service providers and health care professionals in those four states.

## Verizon
Featured Sponsor

The Verizon Foundation and Hopeline from Verizon Wireless have been sponsors of our in-school efforts and Teen Dating Violence Awareness Month (teenDVmonth).





**Office on Violence Against Women**
Featured Sponsor

**EverFi**
Featured Sponsor

## Other Supporters







GoodTherapy.org®

Fifth & Pacific

RGK Foundation

MTV

GoodTherapy

**Fifth & Pacific**
Legacy Sponsor

Liz Claiborne Inc. provided a supporting grant to help launch loveisrespect.org, the first 24-hour resource for teens experiencing dating violence and abuse, in February 2007. Liz Clairborne Inc. became known as Fifth & Pacific and today is known as Kate Spade & Company.

**KGK Foundation**
Foundation Grant

**MTV**
Ongoing Supporter

**GoodTherapy**
Ongoing Supporter

GoodTherapy.org supports and promotes loveisrespect.org as a "GoodCause"!



**DatingAdvice.com**
Ongoing Supporter

DatingAdvice.com is a team of 200+ relationship experts that provide trusted advice, reviews, and resources for daters everywhere. The site is proud to support organizations that advocate for healthy dating behaviors and positive interpersonal relationships.

If you are interested in supporting loveisrespect, please contact our development team at development@ndvh.org to inquire about corporate partnership or sponsorship opportunities.

**ABOUT**

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

   

**OUR SPONSORS**



This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.

This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

(c) 2018 – National Domestic Violence Hotline

# EXHIBIT K



# EXHIBIT L

view-source:startlovetoday.com/about/index.html

```
1  <!DOCTYPE html>
2  <html lang="en-US" prefix="og: http://ogp.me/ns#">
3  <!-- Mirrored from www.loveisrespect.org/about/ by HTTrack Website Copier/3.x [XR&CO'2014], Thu, 16 Aug 2018 07:30:26 GMT -->
4  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=UTF-8" /><!-- /Added by HTTrack -->
5  <head>
6  <meta charset="UTF-8" />
7  <meta name="viewport" content="width=device-width, initial-scale=1">
8  <link rel="profile" href="https://gmpg.org/xfn/11">
9  <link rel="pingback" href="../xmlrpc.php">
10
11
12 <title>About Loveisrespect.org</title>
13 <meta http-equiv="X-UA-Compatible" content="IE=Edge" />
14 <!-- This site is optimized with the Yoast SEO Premium plugin v7.9.1 - https://yoast.com/wordpress/plugins/seo/ -->
15 <meta name="description" content="Startlovetoday's mission is to engage, educate and empower young people to prevent and end abusive relationships."/>
16 <link rel="canonical" href="index.html" />
17 <meta property="og:locale" content="en_US" />
18 <meta property="og:type" content="article" />
19 <meta property="og:title" content="About Loveisrespect.org" />
20 <meta property="og:description" content="Startlovetoday's mission is to engage, educate and empower young people to prevent and end abusive relationships." />
21 <meta property="og:url" content="index.html" />
22 <meta property="og:site_name" content="Loveisrespect.org" />
23 <meta property="article:publisher" content="https://www.facebook.com/loveisrespectpage/" />
24 <script type="application/ld+json">{"@context":"https:\/\/schema.org","@type":"Organization","url":"https:\/\/www.loveisrespect.org\/","sameAs":
   ["https:\/\/www.facebook.com\/loveisrespectpage\/","index.html\/\/www.instagram.com\/loveisrespectofficial\/","index.html\/\/www.youtube.com\/user\/loveisrespect","https:
   \/\/twitter.com\/loveisrespect"],"@id":"https:\/\/www.loveisrespect.org\/#organization","name":"loveisrespect","logo":"https:\/\/www.loveisrespect.org\/wp-
   content\/uploads\/2015\/04\/loveisrespect_logo.png"}</script>
25 <!-- / Yoast SEO Premium plugin. -->
26
27 <link rel='dns-prefetch' href='https://fonts.googleapis.com/' />
28 <link rel='dns-prefetch' href='https://maxcdn.bootstrapcdn.com/' />
29 <link rel='dns-prefetch' href='https://s.w.org/' />
30 <link rel='alternate' type='application/rss+xml' title='Loveisrespect.org &raquo; Feed' href='../feed/index.html' />
31 <link rel='alternate' type='application/rss+xml' title='Loveisrespect.org &raquo; Comments Feed' href='../comments/feed/index.html' />
32 <link rel='alternate' type='application/rss+xml' title='Loveisrespect.org &raquo; About loveisrespect Comments Feed' href='https://www.loveisrespect.org/about/feed/' />
33   <script type="text/javascript">
34     window._wpemojiSettings =
   {"baseUrl":"https:\/\/s.w.org\/images\/core\/emoji\/11\/72x72\/","ext":".png","svgUrl":"https:\/\/s.w.org\/images\/core\/emoji\/11\/svg\/","svgExt":".svg","source":
   {"concatemoji":"https:\/\/www.loveisrespect.org\/wp-includes\/js\/wp-emoji-release.min.js?ver=4.9.8"}};
35         !function(a,b,c){function d(a,b){var c=String.fromCharCode;l.clearRect(0,0,k.width,k.height),l.fillText(c.apply(this,a),0,0);var
   d=k.toDataURL();l.clearRect(0,0,k.width,k.height),l.fillText(c.apply(this,b),0,0);var e=k.toDataURL();return d===e}function e(a){var
   b;if(!l||!l.fillText)return!1;switch(l.textBaseline="top",l.font="600 32px Arial",a){case"flag":return!(b=d([55356,56826,55356,56819],[55356,56826,8203,55356,56819]))&&
   (b=d([55356,57332,56128,56423,56128,56418,8203,56421,8203,56128,56430,8203,56128,56423,8203,56128,56447],
   [55356,57332,8203,56128,56423,8203,56128,56418,8203,56421,8203,56128,56430,8203,56128,56423,8203,56128,56447]),!b);case"emoji":return b=d([55358,56760,9792,65039],
   [55358,56760,8203,9792,65039]),!b}return!1}function f(a){var c=b.createElement("script");c.src=a,c.defer=c.type="text/javascript",b.getElementsByTagName("head")
   [0].appendChild(c)}var g,h,i,j,k=b.createElement("canvas"),l=k.getContext&&k.getContext("2d");for(j=Array("flag","emoji"),c.supports=
   {everything:!0,everythingExceptFlag:!0},i=0;i<j.length;i++)c.supports[j[i]]=e(j[i]),c.supports.everything=c.supports.everything&&c.supports[j[i]],"flag"!==j[i]&&
   (c.supports.everythingExceptFlag=c.supports.everythingExceptFlag&&c.supports[j[i]]);c.supports.everythingExceptFlag=c.supports.everythingExceptFlag&&!c.supports.flag,c.DO
   MReady=!1,c.readyCallback=function(){c.DOMReady=!0},c.supports.everything||(h=function(){c.readyCallback()},b.addEventListener?
   (b.addEventListener("DOMContentLoaded",h,!1),a.addEventListener("load",h,!1)):(a.attachEvent("onload",h),b.attachEvent("onreadystatechange",function()
   {"complete"===b.readyState&&c.readyCallback()})),g=c.source||{},g.concatemoji?f(g.concatemoji):g.wpemoji&&g.twemoji&&(f(g.twemoji),f(g.wpemoji))}}
   (window,document,window._wpemojiSettings);
36   </script>
37   <style type="text/css">
38 img.wp-smiley,
39 img.emoji {
40   display: inline !important;
41   border: none !important;
42   box-shadow: none !important;
43   height: 1em !important;
44   width: 1em !important;
45   margin: 0 .07em !important;
```

# EXHIBIT M

简体中文  English  Français  Русский  Español  العربية  Portuguese

# ICANN | LOOKUP

ABOUT WHOIS    POLICIES    GET INVOLVED    WHOIS COMPLAINTS

KNOWLEDGE CENTER

---

# Domain Name Registration Data Lookup

Enter a domain name                                    Frequently Asked Questions (FAQ) (/faq)

```
www.startlovetoday.com
```

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** STARTLOVETODAY.com

**Registry Domain ID:** 2235914797_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
pete.ns.cloudflare.com
jo.ns.cloudflare.com

## Dates

**Registry Expiration:** 2020-03-06 03:03:51 UTC

**Registrar Expiration:** 2020-03-06 03:03:51 UTC

**Created:** 2018-03-06 03:03:51 UTC

## Contact Information

### Registrant:

**Organization:** Domain Protection Services, Inc.

**Mailing Address:** CO, US

## Technical:

**Organization:** Domain Protection Services, Inc.

**Mailing Address:** CO, US

## Administrative:

**Organization:** Domain Protection Services, Inc.

**Mailing Address:** CO, US

## Billing:

**Organization:** Domain Protection Services, Inc.

**Mailing Address:** CO, US

*Redacted for privacy: some of the data in this object has been removed.*

## DNSSEC Information

**Delegation Signed:** Signed

## Authoritative Servers

**Registry Server URL:** https://rdap-core.vrsn.com/com/v1/domain/startlovetoday.com (https://rdap-core.vrsn.com/com/v1/domain/startlovetoday.com)

**Last updated from Registry RDAP DB:** 2020-01-16 05:45:48 UTC

**Registrar Server URL:** https://namerdap.systems/domain/STARTLOVETODAY.COM (https://namerdap.systems/domain/STARTLOVETODAY.COM)

---

## Raw Registry RDAP Response                                    ⌄

## Raw Registrar RDAP Response                                   ⌄



Youtube
(http://www.youtube.com/icannnews)



Twitter
(https://www.twitter.com/icann)

Linkedin
(https://www.linkedin.com/company/icann)



Flickr
(http://www.flickr.com/photos/icann)



Facebook
(http://www.facebook.com/icannorg)

Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki
(https://community.icann.org/)



ICANN Blog
(https://www.icann.org/news/blog)

© 2019 Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

# EXHIBIT N

**From:**          Dwayne Goetzel
**Sent:**          Wednesday, January 22, 2020 9:44 AM
**To:**            'support@name.com'
**Subject:**       RE: [Name.com Support] Ticket #1806781 - "Abuse Form"


Dear Sirs:

The source code for the "About" page of StartLoveToday.com indicates that it was copied from my client's website. It states as follows:

""

See first green line at this page: view-source:http://startlovetoday.com/about/index.html

This is incontrovertible proof that your registrant has copied my client's site, in violation of its copyright and trademark interests. In light of this information, I respectfully request that you follow your own policies and take down this infringing site.

Dwayne K. Goetzel
**Kowert, Hood, Munyon, Rankin & Goetzel, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Direct Dial: (512) 853-8860
Facsimile: (512) 853-8801
Email: dgoetzel@intprop.com
Website: www.intprop.com

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.



**From:** Dwayne Goetzel
**Sent:** Monday, December 30, 2019 2:44 PM

**To:** 'support@name.com'
**Subject:** RE: [Name.com Support] Ticket #1806781 - "Abuse Form"

This site is absolutely still a phishing site that violates my client's rights. Just look at the "About Us" page:

http://startlovetoday.com/about/index.html

That page has this information, which has been copied from my client's website, and even uses my client's name and trademarks:

# Our History

Loveisrespect (originally loveisrespect, National Dating Abuse Helpline) was launched in February 2007 as a project of the National Domestic Violence Hotline with a supporting grant from Liz Claiborne, Inc. It was the first 24-hour resource for teens who were experiencing dating violence and abuse and is the only teen helpline serving all of the United States and its territories.

In 2011, loveisrespect grew even stronger as The Hotline entered into a strategic partnership with Break the Cycle, another national leader in preventing dating abuse. That same year with support from Mary Kay Inc., loveisrespect launched 24-hour text services as an addition to our phone and live chat services. Vice President Joe Biden, who has spent decades working to end violence against women, premiered the text service and sent the very first text message to a loveisrespect advocate.

We are proud to call loveisrespect the ultimate resource to engage, educate and empower youth to prevent and end abusive relationships!

# Our Team

National Domestic Violence Hotline
The National Domestic Violence Hotline is the only 24/7 national hotline that provides direct services to anyone affected by domestic violence. Learn more about their work and the advocates who assist victims and survivors, as well as their friends and families.

Break the Cycle
Break the Cycle is the premiere partner of loveisrespect and the leading voice dedicated to the prevention of dating abuse. Learn more about their services and resources available nationwide.

This type of bad faith infringement and phishing must be stopped. It is violating every facet of your registration policy. If we have to take legal action, we will be taking action against Name.com, for refusing to follow its own policies and for allowing this type of intentional action by the registrant. I look forward to immediately receiving your assistance in stopping this unlawful action by the registrant.

Dwayne K. Goetzel
**Kowert, Hood, Munyon, Rankin & Goetzel, P.C.**

1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Direct Dial: (512) 853-8860
Facsimile: (512) 853-8801
Email: dgoetzel@intprop.com
Website: www.intprop.com

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.

---

**From:** support@name.com <support@name.com>
**Sent:** Monday, December 30, 2019 12:55 PM
**To:** Dwayne Goetzel <dgoetzel@intprop.com>
**Subject:** [Name.com Support] Ticket #1806781 - "Abuse Form"

## In replies all text above this line is added to the ticket ##

Hi!

We just wanted to drop you a note to let you know that our Customer Service Team has updated your ticket.

## How would you rate the support you received?

Good, I'm satisfied

Bad, I'm unsatisfied

---

## Name.com Compliance

Dec 30, 11:54 AM MST

Hello,

It appears that the link you provided is no longer resolving to a phishing site at this time. We will not be able to take further action against this domain until we can verify that the domain is violating our Registration Agreement. We are considering this case closed, but would be happy to re-investigate this issue if we receive additional complaints or evidence of this domain actively in breach of our terms of service. Please feel free to contact us with any questions or concerns moving forward.

Thank you,
Name.com Abuse

## Dwayne Goetzel

Dec 4, 1:46 PM MST

Abuse Report Form

Name: Dwayne Goetzel
Email: dgoetzel@intprop.com
Domain: startlovetoday.com
Type of Infringement: phishing
Additional Information: See attached letter for full information.

Attachment(s)
11-7-19 Ltr to WhoIs.pdf

Just reply to this email if you would like to keep the conversation going.

We hope you're having a great day!

This email is a service from Name.com Support. Delivered by **Zendesk** | **Privacy Policy**

# EXHIBIT O

**REGISTRANT CONTACT**

| | |
|---|---|
| Company Name: | Travis Buermann |
| Contact Name: | Travis Buermann |
| Address: | 15500 SW Jay Street #92681 |
| City/State/Zip: | Beaverton/OR/97006 |
| Country: | US |
| Phone: | +1.5036087989 |
| Fax: | |
| Email: | travis@costcreditreport.com |

**ADMINISTRATIVE CONTACT**

| | |
|---|---|
| Company Name: | Travis Buermann |
| Contact Name: | Travis Buermann |
| Address: | 15500 SW Jay Street #92681 |
| City/State/Zip: | Beaverton/OR/97006 |
| Country: | US |
| Phone: | +1.5036087989 |
| Fax: | |
| Email: | travis@costcreditreport.com |

**TECHNICAL CONTACT**

| | |
|---|---|
| Company Name: | Travis Buermann |
| Contact Name: | Travis Buermann |
| Address: | 15500 SW Jay Street #92681 |
| City/State/Zip: | Beaverton/OR/97006 |
| Country: | US |
| Phone: | +1.5036087989 |
| Fax: | |
| Email: | travis@costcreditreport.com |

**BILLING CONTACT**

Company Name:         Travis Buermann

Contact Name:         Travis Buermann

Address:              15500 SW Jay Street #92681

City/State/Zip:       Beaverton/OR/97006

Country:              US

Phone:                +1.5036087989

Fax:

Email:                travis@costcreditreport.com

# EXHIBIT P

Name.com - Domain Name Registration                                                    https://admin.name.com/trans/v1

| | | | |
|---|---|---|---|
| **UN:** cqbbs520<br>**OD:** 01-16-2020 10:38 AM | **ACCT Information:**<br>Travis Buermann<br>15500 SW Jay Street #92681<br>Beaverton OR 97006 US<br>travis@costcreditreport.com<br>+1.5036087989<br><br>**Pay Information:**<br>TravisBuermann<br>15500 SW Jay Street #92681<br>Beaverton, OR97006US<br>+1.5036087989 | **Payment Method:** PaypalDM<br>**Pay ID:**<br>cpacash@msn.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All<br>**Created By:** Checkout<br><br>**IP:** 47.56.143.207 check<br>**IP LOC:**<br>**TRUE IP:** 47.56.143.207 check<br>**TRUE IP LOC:** hong kong, HK | |

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| Renewal | $8.03 | $12.99 | -$0.00 | $12.99 | startlovetoday.com | history | |
| Advanced Security Renewal | $0.00 | $4.99 | -$4.99 Promo (privacyplease) | $0.00 | startlovetoday.com | history | pm |

| | | | |
|---|---|---|---|
| **UN:** cqbbs520<br>**OD:** 02-14-2019 12:54 AM | **ACCT Information:**<br>Travis Buermann<br>15500 SW Jay Street #92681<br>Beaverton OR 97006 US<br>travis@costcreditreport.com<br>+1.5036087989<br><br>**Pay Information:**<br>TravisBuermann<br>15500 SW Jay Street #92681<br>Beaverton, OR97006US<br>+1.5036087989 | **Payment Method:** PaypalDM<br>**Pay ID:**<br>cqtaoinc@gmail.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All<br>**Created By:** Checkout<br><br>**IP:** 47.244.11.190 check<br>**IP LOC:**<br>**TRUE IP:** check<br>**TRUE IP LOC:** , | |

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| Renewal | $8.03 | $12.99 | -$0.00 | $12.99 | startlovetoday.com | history | |
| Advanced Security Renewal | $0.00 | $4.99 | -$4.99 Promo (privacyplease) | $0.00 | startlovetoday.com | history | pm |

| | | | |
|---|---|---|---|
| **UN:** cqbbs520<br>**OD:** 03-05-2018 8:05 PM | **ACCT Information:**<br>Travis Buermann<br>15500 SW Jay Street #92681<br>Beaverton OR 97006 US<br>travis@costcreditreport.com<br>+1.5036087989<br><br>**Pay Information:**<br>TravisBuermann<br>15500 SW Jay Street #92681<br>Beaverton, OR97006US<br>+1.5036087989 | **Payment Method:** AccountCredit<br>**Pay ID:**<br>ac-810795 (Not-Blacklisted) Whitelist Blacklist Blacklist-All<br>**Created By:** Checkout<br><br>**IP:** 47.52.244.17 check<br>**IP LOC:**<br>**TRUE IP:** 47.52.244.17 check<br>**TRUE IP LOC:** hong kong, HK | |

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| Advanced Security | $0.00 | $4.99 | -$4.99 Promo (privacyplease) | $0.00 | startlovetoday.com | history | pm |

| | | | |
|---|---|---|---|
| **UN:** cqbbs520<br>**OD:** 03-05-2018 8:03 PM | **ACCT Information:**<br>Travis Buermann<br>15500 SW Jay Street #92681<br>Beaverton OR 97006 US<br>travis@costcreditreport.com<br>+1.5036087989<br><br>**Pay Information:**<br>TravisBuermann<br>15500 SW Jay Street #92681<br>Beaverton, OR97006US<br>+1.5036087989 | **Payment Method:** PaypalDM<br>**Pay ID:**<br>cpacash@msn.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All<br>**Created By:** Checkout<br><br>**IP:** 47.52.244.17 check<br>**IP LOC:**<br>**TRUE IP:** 47.52.244.17 check<br>**TRUE IP LOC:** hong kong, HK | |

| Item | Cost | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|---|
| Registration | $8.03 | $8.99 | -$0.00 | $8.99 | startlovetoday.com | history |

# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| National Domestic Violence Hotline | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 1:20-cv-157-LY |
| | § | |
| StartLoveToday.com and Travis Buermann | § | |
| | § | JURY DEMANDED |
| Defendants. | § | |

## DECLARATION OF TRAVIS BUERMANN

I, Travis Buermann hereby declare under penalty of perjury, as follows:

1.    I am over the age of 18, have never been convicted of a crime involving moral turpitude, and am competent to make this declaration.  I have personal knowledge of the facts stated in this declaration.

2.    I reside at 2796 SW Bentwood Drive, Redmond, Oregon 97756.  I am a Project Manager for Ageia Health Service, located at 205 E. Wilson Ave., Suite #1, Bend, Oregon 97702.

3.    My understanding is that the above-referenced case relates to a domain name "startlovetoday.com" (the "Domain Name"), which is used in connection with a website located at www.startlovetoday.com (the "Website").

4.    I understand that the Domain Name was registered through Name.com.  I further understand Name.com would not take down the Website on plaintiff's request, forcing plaintiff to file a lawsuit.  I understand that after the complaint was filed, that plaintiff subpoenaed information from Name.com, and that it thereupon furnished the plaintiff with its contact information record and billing records associated with the Website.  The contact information record and billing records are attached as collective **Exhibit A** (the "Contact Information").

1

5.      The Contact Information refers to "Travis Buermann," located in Oregon, as the registrant of the Domain Name.

6.      The address in the Contact Information is "15500 SW Jay Street #92681; Beaverton, OR 97006." While I reside and work in the State of Oregon, this address is not my current or former residential address, or a business address with which I have ever been associated.

7.      The telephone number in the Contact Information is "+1.5036087989." Although the 503 area code is used for Portland Oregon area, this is not my telephone number or a telephone number I have ever used.

8.      The email address in the Contact Information is travis@costcreditreport.com. This is not my email address or an email address I have ever used. Further, I understand that when counsel for plaintiff sent an email to this address, the message was returned as being undeliverable. *See* **Exhibit B**.

9.      Neither I nor anyone on my behalf registered the Domain Name. Moreover, I believe that the Domain Name was registered by another individual (or individuals) who falsely used my name and state of residence, in order to create the Website and hide their true identities.

10.     I understand that the Name.com Domain Name Registration Agreement, attached as **Exhibit C**, states that a domain name registrant "**must** submit the following with respect to you (registrant): name, full postal address, email address, voice telephone number" (emphasis in original).

11.     I did not register the Domain Name, and did not direct anyone to register the Domain Name on my behalf. I did not participate in any way in the creation or operation of the Website

12.     I have not made any payments regarding the Domain Name or the Website.

13.    I believe that one or more unidentified persons have stolen my identity and fraudulently registered the Domain Name using false contact information, in violation of the Name.com Domain Name Registration Agreement.

14.    I am concerned that the Domain Name and Website may be associated with unlawful activity such as phishing or identity theft, and I am concerned that Name.com is telling third-parties such as plaintiff that I am associated with the Domain Name and Website.

15.    In light of the foregoing fraudulent activities by the unidentified persons who registered the Domain Name and set up the Website by falsely using my name and state of residence, the Domain Name should be disabled and the Website taken down, in order to prevent any harm to my name and reputation.

16.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this ___7th___ day of April 2020.


Travis Buermann

# EXHIBIT R



**MEYERTONS
HOOD
KIVLIN
KOWERT
& GOETZEL**
A PROFESSIONAL CORPORATION

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Telephone (512) 853-8800
Facsimile (512) 853-8801
www.intprop.com

**DWAYNE K. GOETZEL**
**(512) 853-8800**
**dgoetzel@intprop.com**

**5711-01700**

October 30, 2019

*Sent Via Federal Express and*
*Email to Abuse@Name.com*

Name.com, Inc.
Attn: Copyright Agent
414 14th Street #200
Denver, Colorado 80202

     Re:    <u>Copyright Infringement at "StartLoveToday.com"</u>

Dear Sirs:

     I am intellectual property counsel for the National Domestic Violence Hotline ("NDVH"), located in Austin, Texas. NDVH operates the website located at <u>www.loveisrespect.org</u>, which is designed to engage, educate and empower young people to prevent and end abusive relationships.

     In addition, NDVH owns trademark registrations for the word mark LOVE IS RESPECT and LOVE IS RESPECT & Design:



     *See* U.S. Reg. Nos. 3427706 and 3427734, each of which was registered in 2008, attached as **Exhibit A**.

     We recently became aware that the registrant of "StartLoveToday.com" is engaged in a phishing scheme. It has set up a mirrored site, copying all information from my client's website at <u>www.loveisrespect.org</u>, and creating a duplicate site at <u>www.startlovetoday.com</u>. As you can see from a comparison of pages from the two sites (**Exhibit B**), the owner of StartLoveToday.com has blatantly copied the content of my client's site, down to using the same stylized mark shown in the '734 registration referenced above.

Name.com, Inc.
October 30, 2019
**2** | P a g e

Pursuant to your Trademark and Copyright Dispute Policy, we provide the following information:

a.    Identification of the copyrighted work you claim to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

**Response:**  My client's website at www.loveisrespect.org has been copied in its entirety.

b.    Identification of the material that you claim to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Name.com to locate the material.

**Response:**    The website www.startlovetoday.com is a mirrored copy of my client's website.

c.    Information reasonably sufficient to permit Name.com to contact you, such as an address, telephone number, and, if available, an electronic mail address at which you may be contacted.

**Response:**    Dwayne Goetzel
        Meyertons Hood Kivlin Kowert & Goetzel, P.C.
        1120 S. Capital of Texas Highway, Building 2, Suite 300
        Austin, Texas 78746
        (512) 853-8800
        dgoetzel@intprop.com

d.    A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

**Response:**    I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

e.    A statement that the information in your notification is accurate, and under penalty of perjury, that the you are, or you are authorized to act on behalf of, the copyright owner, of an exclusive right that is allegedly infringed.

**Response:**  The information in my notification is accurate, and I state, under penalty of perjury, that I am authorized to act on behalf of the copyright owner in connection with an exclusive right that is infringed.

f.    Your electronic signature.

**Response:**    Signature follows below.

In addition to the foregoing, please be advised that the registrant of StartLoveToday.com is violating section 6(a) of your domain name registration agreement (*e.g.*, by engaging in illegal

Name.com, Inc.
October 30, 2019
**3** | P a g e

conduct and infringement of third-party intellectual property rights).  The registrant is also violating provisions of your acceptable use policy (*e.g.*, by attempting to defraud the public, infringing my client's copyright and trademark rights, and by engaging in illegal conduct).

Pursuant to your registration agreement and acceptable use policies, you have the power and authority to terminate the account, suspend the services, put the domain on hold, and take other action necessary to prevent the illegal conduct and loss of my client's rights.

Accordingly, we respectfully request that you immediately take action to prevent this ongoing illegal and infringing conduct by your registrant.

I look forward to hearing from you.

Very truly yours,

Dwayne K. Goetzel

Enclosures

# EXHIBIT A

**Int. Cls.: 35 and 45**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,427,706**

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# LOVE IS RESPECT

TEXAS COUNCIL ON FAMILY VIOLENCE (TEXAS NON-PROFIT CORPORATION)
P.O. BOX 161810
AUSTIN, TX 78716

FOR: REFERRALS IN THE FIELD OF SUSPEC-TED CASES OF TEENAGE DATING VIOLENCE AND ABUSE TO APPROPRIATE AGENCIES; PRO-MOTING PUBLIC AWARENESS OF THE NEED FOR INTERVENTION IN SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE BY PROVIDING INFORMATION ABOUT TEENAGE DATING VIOLENCE AND ABUSE; PUBLIC INFOR-MATION CAMPAIGN SERVICES TO PROMOTE PUBLIC AWARENESS OF TEENAGE DATING VIO-LENCE AND ABUSE, ITS SYMPTOMS AND ITS IMPACT ON CHILDREN AND THEIR FAMILIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

FOR: TELEPHONIC AND INTERNET-BASED HOTLINE SERVICES, NAMELY, OFFERING AD-VICE REGARDING TEENAGE DATING VIOLENCE AND ABUSE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-095,975, FILED 1-31-2007.

ANTHONY RINKER, EXAMINING ATTORNEY

Int. Cls.: 35 and 45

Prior U.S. Cls.: 100, 101, and 102

**Reg. No. 3,427,734**

# United States Patent and Trademark Office

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



TEXAS COUNCIL ON FAMILY VIOLENCE (TEXAS NON-PROFIT CORPORATION)
P.O. BOX 161810
AUSTIN, TX 78716

FOR: REFERRALS IN THE FIELD OF SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE TO APPROPRIATE AGENCIES; PROMOTING PUBLIC AWARENESS OF THE NEED FOR INTERVENTION IN SUSPECTED CASES OF TEENAGE DATING VIOLENCE AND ABUSE BY PROVIDING INFORMATION ABOUT TEENAGE DATING VIOLENCE AND ABUSE; PUBLIC INFORMATION CAMPAIGN SERVICES TO PROMOTE PUBLIC AWARENESS OF TEENAGE DATING VIOLENCE AND ABUSE, ITS SYMPTOMS AND ITS IMPACT ON CHILDREN AND THEIR FAMILIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

FOR: TELEPHONIC AND INTERNET-BASED HOTLINE SERVICES, NAMELY, OFFERING ADVICE REGARDING TEENAGE DATING VIOLENCE AND ABUSE, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-11-2006; IN COMMERCE 2-5-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORG" AND "NATIONAL TEEN DATING ABUSE HELPLINE", APART FROM THE MARK AS SHOWN.

SN 77-106,403, FILED 2-13-2007.

ANTHONY RINKER, EXAMINING ATTORNEY

# EXHIBIT B



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

Chat Now

Get Help ⌄     Relationships 101 ⌄     Resources ⌄     Teen DV Month ⌄     Quizzes ⌄     About ⌄     Blogs ⌄     Donate

# Get Help For Yourself

## Contact Us



Have a question about how to date in a healthy way?

If you can't or don't want to talk to an advocate on the phone, we offer the same support via our live chat service on loveisrespect.org. The live chat (IM-style) is not a public chat room. We use an internal messaging system specifically for young adults who need to contact a peer advocate — it is NOT a general chat messenger such as MSN Messenger, AIM, Yahoo Live Chat, Gchat or iChat.

Check out the Quick Chat Guide tabs below to help make your chat experience the best it can be!

| **How to Chat** | When to Chat | What to Say | Why to Reach Out | Pre-Chat Questions |
| --- | --- | --- | --- | --- |

When chatting with us, it's best to use a computer or smartphone you are familiar with that has a strong internet connection. That minimizes the chance of issues like messages disappearing or the conversation ending abruptly. If your situation is extremely complex or you are having technical difficulties, consider contacting us by phone.

## Text Us

**Text* loveis (capitalization does not matter) to 22522.** You will receive a response from a peer advocate prompting you for your question. Go ahead and text your comment or question and we will reply.

Have a smartphone? We can send interactive links and resources for you to access directly from your phone.

Is your problem bigger than 160 characters? Turn your text into a talk by asking an advocate for our phone number or using our chat service. If your situation is serious, we recommend calling or chatting first.

As always, we at loveisrespect are concerned for your safety. Please make sure you are in a safe space before you text. Always delete the conversation after you finish to ensure that no one else can access your information.

*Msg&Data Rates apply on text for help services. Read our **privacy policy** and **Terms & Conditions**. Text STOP to 22522 to unsubscribe.

## Call Us

**Speak to a peer advocate by calling 1-866-331-9474.** When you call, be prepared for the advocate to first ask if you are in a safe place to talk. Once you are, the advocate will encourage you to explain your situation.

During the call, your peer advocate will work with you to come up with solutions that best meet your needs. Whether you are just leaving an abusive relationship or not sure if your

Section 501(c) (3) of the Internal Revenue Code.

Health Care Service Corporation

conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, and Family and Youth Services Bureau, U.S. Department of Health and Human Services.





This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline

https://www.loveisrespect.org/for-yourself/contact-us/    3:07:52 PM 10/30/2019

Internet Explorer 11.0.18362.1    Windows 10 Enterprise 64-bit Build 18362



Call: 1.866.331.9474 | TTY: 1.866.331.8453 | Text: loveis to 22522 | En Espanol

Start Love Today

Get Help ⌄   Relationships 101 ⌄   Resources ⌄   Teen DV Month ⌄   Quizzes ⌄   About ⌄   Blog ⌄   Donate   🔍

  Have a question about how to date in a healthy way?

  Need to check in with an advocate about your relationship?

  Want to raise a red flag?

Our trained peer advocates are available 24/7/365 to offer education, support and advocacy to teens and young adults, as well as their concerned friends and family members, who have questions or concerns about their dating relationships. We also provide information about dating abuse to service providers, counselors, teachers and members of law enforcement.

Peer advocates can connect you to resources in your area, provide you with helpful websites, help you create a plan to stay safe or just listen to your concerns. All conversations with peer advocates via phone, chat or text are free and confidential. You will never be asked for your name or other contact information, but an advocate may ask for your age and city to find local resources for you.

## Chat With Us

**Chat with a peer advocate by clicking on the "Chat Online Now" button at the top of the page.** You do NOT have to download anything to use it.

If you can't or don't want to talk to an advocate on the phone, we offer the same support via our live chat service on loveisrespect.org. The live chat (IM-style) is not a public chat room. We use an internal messaging system specifically for young adults who need to contact a peer advocate — it is NOT a general chat messenger such as MSN Messenger, AIM, Yahoo Live Chat, Gchat or iChat.

Check out the Quick Chat Guide tabs below to help make your chat experience the best it can be!



| **How to Chat** | When to Chat | What to Say | Why to Reach Out | Pre-Chat Questions |
|---|---|---|---|---|

When chatting with us, it's best to use a computer or smartphone you are familiar with that has a strong internet connection. That minimizes the chance of issues like messages disappearing or the conversation ending abruptly. If your situation is extremely complex or you are having technical difficulties, consider contacting us by phone.

## Text Us

**Text\* loveis (capitalization does not matter) to 22522.** You will receive a response from a peer advocate prompting you for your question. Go ahead and text your comment or question and we will reply.

Have a smartphone? We can send interactive links and resources for you to access directly from your phone.

Is your problem bigger than 160 characters? Turn your text into a talk by asking an advocate for our phone number or using our chat service. If your situation is serious, we recommend calling or chatting first.

As always, we at loveisrespect are concerned for your safety. Please make sure you are in a safe space before you text. Always delete the conversation after you finish to ensure that no one else can access your information.

\*Msg&Data Rates apply on text for help services. Read our **privacy policy** and **Terms & Conditions**. Text STOP to 22522 to unsubscribe. Text HELP to 22522 for tech support. Loveisrespect Text for Help Services are sponsored by Mary Kay Inc.

## Call Us

**Speak to a peer advocate by calling 1-866-331-9474.** When you call, be prepared for the advocate to first ask if you are in a safe place to talk. Once you are, the advocate will encourage you to explain your situation.

During the call, your peer advocate will work with you to come up with solutions that best meet your needs. Whether you are just leaving an abusive relationship or not sure if your relationship is unhealthy, advocates have received extensive training to help you determine the answer that best fits your life. If they suggest something that you don't think will work for you, don't be afraid to let them know.

After you and your advocate come up with ideas for your situation, the advocate will review them with you and can connect you to a local resource, if you'd like.

We receive a variety of questions from teens and 20-somethings all over the country. You could ask for help for yourself or for a friend in need. For example, we're often asked:

"So, what should I do?"
"Is this abuse?"
"Will he ever change?"
"How can I get her to stop?"

No relationship question is off limits, too crazy or embarrassing. We are here to help!

## ABOUT

Loveisrespect is the ultimate resource to empower youth to prevent and end dating abuse. It is a project of the National Domestic Violence Hotline.

Exempted from federal income tax under the provisions of Section 501(c) (3) of the Internal Revenue Code.

## OUR SPONSORS



This project was supported by Grant Number 90EV0426 from the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services. The opinions, findings, conclusions and recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the Administration on Children, Youth and Families, Family and Youth Services Bureau, U.S. Department of Health and Human Services.



This website is funded in part through a grant from the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Neither the U.S. Department of Justice nor any or its components operate, control, are responsible for, or necessarily endorse, this website (including, without limitations, its content, technical infrastructure, and policies, and any services or tools provided).

© 2017 – National Domestic Violence Hotline



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT S

**From:** Dwayne Goetzel
**Sent:** Tuesday, December 3, 2019 12:48 PM
**To:** 'Support'
**Subject:** RE: [compliancehelp] Re: "StartLoveToday.com" - copyright complaint

I have not received any response. Please advise as to whether you are going to assist or whether legal action will be necessary.

Dwayne Goetzel

---

**From:** Dwayne Goetzel
**Sent:** Wednesday, November 6, 2019 3:30 PM
**To:** 'Support' <abuse@name.com>
**Subject:** RE: [compliancehelp] Re: "StartLoveToday.com" - copyright complaint

Dear Sirs,

In addition to the matters listed below, the attempt to contact the registrant through your online form at https://www.name.com/contact-domain-whois/startlovetoday.com results in a "403 Error," thereby compounding your willful refusal to take down the infringing content in violation of your own written policies.

Dwayne K. Goetzel
**Kowert, Hood, Munyon, Rankin & Goetzel, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Direct Dial: (512) 853-8860
Facsimile: (512) 853-8801
Email: dgoetzel@intprop.com
Website: www.intprop.com

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.

---

**From:** Dwayne Goetzel
**Sent:** Tuesday, November 5, 2019 11:37 AM

**To:** 'Support' <abuse@name.com>
**Subject:** RE: [compliancehelp] Re: "StartLoveToday.com" - copyright complaint

Dear Sirs,

The domain name registrant is explicitly violating your own policies:

-   section 6(a) of your domain name registration agreement (e.g., by engaging in illegal conduct
    and infringement of third-party intellectual property rights); and,
-   your acceptable use policy (e.g., by attempting to defraud the public, infringing my client's
    copyright and trademark rights, and by engaging in illegal conduct).

Pursuant to your own written policies, you have the power, authority, and ability to take action.

Are you refusing to take action that is within your ability to do so, as per your own written
documentation? Name.com is now on notice of the obvious and transparent infringement of my
client's rights. If Name.com refuses to take action (which its own policies state that it has the
power to do), then the DMCA will not protect Name.com as a result of its flagrant refusal to take
action to protect my client's rights.

I suggest that you inform your legal department of this situation, and have an attorney for
Name.com contact me within five (5) business days.

Dwayne K. Goetzel
**Kowert, Hood, Munyon, Rankin & Goetzel, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Direct Dial: (512) 853-8860
Facsimile: (512) 853-8801
Email: dgoetzel@intprop.com
Website: www.intprop.com

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and
litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an
attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and
electronic mail at dgoetzel@intprop.com. Thank you.

---

**From:** Name.com Compliance (Support) <abuse@name.com>
**Sent:** Tuesday, November 5, 2019 11:26 AM
**To:** Dwayne Goetzel <dgoetzel@intprop.com>
**Subject:** [compliancehelp] Re: "StartLoveToday.com" - copyright complaint

##- Please type your reply above this line -##

Your request (159820) has been solved. To add additional comments, reply to this email.



**Name.com Compliance** (compliancehelp)

Nov 5, 11:26 AM CST

Hello,

Thank you for contacting Name.com concerning this domain. Name.com is not the owner, formally referred to as the registrant, of this domain. When a registrant purchases a domain, the governing authority that oversees domain names (the Internet Corporation for Assigned Names and Numbers or "ICANN") requires that the individual provide valid contact details for the domain. These contact details are indexed in a publicly available registry and search-able through "whois queries". You can perform a whois query on this domain through a variety of sites, including https://www.name.com/whois-lookup. Recognizing that some registrants may not want to display their contact information publicly, ICANN allows for companies to offer privacy protection services to registrants. Privacy protection services replace the registrant's contact details available in the whois with the contact details of the company offering the privacy protection service. However, the registrar of the domain maintains a record of the registrant's contact details.

In the event that the domain is using a whois privacy service, you can reach the Registrant of this domain by filing the form found by visiting the URL provided for the registrant email in the whois output for the domain.

You may also want to consider other avenues to address this issue. If you feel the website violates any applicable copyright laws, providing a properly formatted DMCA -Digital Millennium Copyright Act complaint to the web host provider may be the best way to proceed. Unlike Name.com, the web host has access to and can directly affect the content of this domain.

In this instance, we suggest that you contact the party operating the website or the party hosting the website to have this matter properly resolved. A "ping" of the website you indicated often reveals the IP number of the party which probably hosts this website. You may then use http://who.is or another similar tool to identify this party (www.who.is).

If you feel this domain name violates any applicable trademark laws, filing a complaint through an ICANN authorized UDRP - Uniform Domain-Name Dispute-Resolution Policy arbitration provider may be the best way to proceed. Further details regarding the UDRP process are available at

3

www.icann.org/en/udrp/udrp.htm. Two of the most popular UDRP arbitration providers are WIPO, or the World Intellectual Property Organization (www.wipo.int/), and NAF, or the National Arbitration Forum (www.adrforum.com/).

Please let us know if you have any questions.

Thank you,
Name.com Abuse

---

 **Dwayne Goetzel**

Oct 31, 11:25 AM CST

Sent Via Federal Express and

Email to Abuse@Name.com

Name.com, Inc.

Attn: Copyright Agent

414 14th Street #200

Denver, Colorado 80202

Re: Copyright Infringement at "StartLoveToday.com"

Dear Sirs:

I am intellectual property counsel for the National Domestic Violence Hotline ("NDVH"), located in Austin, Texas. NDVH operates the website located at www.loveisrespect.org, which is designed to engage, educate and empower young people to prevent and end abusive relationships.

In addition, NDVH owns trademark registrations for the word mark LOVE IS RESPECT and LOVE IS RESPECT & Design:

See U.S. Reg. Nos. 3427706 and 3427734, each of which was registered in 2008.

We recently became aware that the registrant of "StartLoveToday.com" is engaged in a phishing scheme. It has set up a mirrored site, copying all information from my client's website at www.loveisrespect.org, and creating a

duplicate site at www.startlovetoday.com. As you can see from a comparison of pages from the two sites, the owner of StartLoveToday.com has blatantly copied the content of my client's site, down to using the same stylized mark shown in the '734 registration referenced above.

Pursuant to your Trademark and Copyright Dispute Policy, we provide the following information:

a. Identification of the copyrighted work you claim to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Response: My client's website at www.loveisrespect.org has been copied in its entirety.

b. Identification of the material that you claim to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Name.com to locate the material.

Response: The website www.startlovetoday.com is a mirrored copy of my client's website.

c. Information reasonably sufficient to permit Name.com to contact you, such as an address, telephone number, and, if available, an electronic mail address at which you may be contacted.

Response: Dwayne Goetzel

Meyertons Hood Kivlin Kowert & Goetzel, P.C.

1120 S. Capital of Texas Highway, Building 2, Suite 300

Austin, Texas 78746

(512) 853-8800

dgoetzel@intprop.com

d. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Response: I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

e. A statement that the information in your notification is accurate, and under penalty of perjury, that the you are, or you are authorized to act on behalf of, the copyright owner, of an exclusive right that is allegedly infringed.

Response: The information in my notification is accurate, and I state, under penalty of perjury, that I am authorized to act on behalf of the copyright owner in connection with an exclusive right that is infringed.

f. Your electronic signature.

Response: Signature follows below.

In addition to the foregoing, please be advised that the registrant of StartLoveToday.com is violating section 6(a) of your domain name registration agreement (e.g., by engaging in illegal conduct and infringement of third-party intellectual property rights). The registrant is also violating provisions of your acceptable use policy (e.g., by attempting to defraud the public, infringing my client's copyright and trademark rights, and by engaging in illegal conduct).

Pursuant to your registration agreement and acceptable use policies, you have the power and authority to terminate the account, suspend the services, put the domain on hold, and take other action necessary to prevent the illegal conduct and loss of my client's rights.

Accordingly, we respectfully request that you immediately take action to prevent this ongoing illegal and infringing conduct by your registrant.

I look forward to hearing from you.

/Dwayne K. Goetzel/

Dwayne K. Goetzel

Kowert, Hood, Munyon, Rankin & Goetzel, P.C.

1120 S. Capital of Texas Hwy.

Building 2, Suite 300

Austin, Texas 78746

Direct Dial: (512) 853-8860

Facsimile: (512) 853-8801

Email: dgoetzel@intprop.com

Website: www.intprop.com (http://www.intprop.com/)

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.

Attachment(s)
image001.jpg

This email is a service from compliancehelp. Delivered by Zendesk | Privacy Policy

# EXHIBIT T

# TRANSACTION REPORT

NOV/07/2019/THU 03:30 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | NOV/07 | 03:29PM | 17209758725 | 0:01:17 | 3 | MEMORY | OK | G3 | 1264 |



KOWERT
HOOD
MUNYON
RANKIN
& GOETZEL
A PROFESSIONAL CORPORATION
PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

1120 S. CAPITAL OF TEXAS HWY.
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801

# FAX

To:     Whois Agent                          From:  Dwayne K. Goetzel, Esq.
        Domain Protection Services, Inc.

Fax:    720-975-8725                    Pages:   2 +Cover

Phone:                                  Date:   November 7, 2019

Re:     5711-01700                      Phone: 512-853-8860

● Comments:

THIS FACSIMILE TRANSMITTAL AND THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMITTAL CONTAIN CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE NOTIFIED THAT THIS COMMUNICATION MAY BE SUBJECT TO THE ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE AND THAT THE DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE (COLLECT) TO ARRANGE FOR RETURN OF THE DOCUMENTS. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE.



KOWERT
HOOD
MUNYON
RANKIN
& GOETZEL
A PROFESSIONAL CORPORATION
PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

1120 S. CAPITAL OF TEXAS HWY.
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801

# FAX

To:    Whois Agent
       Domain Protection Services, Inc.

From:  Dwayne K. Goetzel, Esq.

---

Fax:    720-975-8725

Pages:    2 +Cover

---

Phone:

Date:   November 7, 2019

---

Re:    5711-01700

Phone: 512-853-8860

---

● Comments:

**THIS FACSIMILE TRANSMITTAL AND THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMITTAL CONTAIN CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE NOTIFIED THAT THIS COMMUNICATION MAY BE SUBJECT TO THE ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE AND THAT THE DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE (COLLECT) TO ARRANGE FOR RETURN OF THE DOCUMENTS. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE.**



**K H**
**M R**
**& G**

KOWERT
HOOD
MUNYON
RANKIN
& GOETZEL
A PROFESSIONAL CORPORATION
PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Telephone (512) 853-8800
Facsimile (512) 853-8801
www.intprop.com

DWAYNE K. GOETZEL
(512) 853-8800
dgoetzel@intprop.com

5711-01700

November 7, 2019

*Sent Via Regular Mail*
*and Facsimile (720-975-8725)*

Whois Agent
Domain Protection Services, Inc.
PO Box 1769
Denver, Colorado 80201

Re:    Copyright and Trademark Infringement at "StartLoveToday.com"

Dear Sirs:

I am intellectual property counsel for the National Domestic Violence Hotline ("NDVH"). NDVH operates the website located at www.loveisrespect.org, which is designed to engage, educate and empower young people to prevent and end abusive relationships.

In addition, NDVH owns trademark registrations for the word mark LOVE IS RESPECT and LOVE IS RESPECT & Design. See U.S. Reg. Nos. 3427706 and 3427734, each of which was registered in 2008.

Please forward this correspondence to the registrant at "startlovetoday.com," since your online web form for contacting the registrant does not function, despite repeated attempts ("403 Error").

The site at "StartLoveToday.com" is a mirrored site, copying all information from my client's website at www.loveisrespect.org, and creating a duplicate site at www.startlovetoday.com.

As a result, you are infringing upon my client's copyright and trademark rights and interests. As you may know, if we are forced to file an infringement action against you, we are entitled to recover not only damages, but also our costs and attorneys' fees in light of your willful infringement of my client's rights.

Whois Agent
Domain Protection Services, Inc.
November 7, 2019
**2** | P a g e

Therefore, we request that you immediately and permanently remove all content on the startlovetoday.com site that has been copied from my client's website and materials.

If you choose not to cooperate, please be advised that we reserve the right to take all necessary legal action against you, and we will be seeking a court order for damages, costs, attorneys' fees, and exemplary damages.

This correspondence is without waiver of all rights and remedies of the National Domestic Violence Hotline, which are expressly reserved to the National Domestic Violence Hotline.

Very truly yours,

Dwayne K. Goetzel

# EXHIBIT U

**From:** Dwayne Goetzel
**Sent:** Tuesday, May 26, 2020 1:53 PM
**To:** 'Support'
**Subject:** RE: [compliancehelp] Re: startlovetoday.com - fraudulent registration

Please direct me to your legal counsel, or provide me with his or her name and number. This matter has not been resolved. You are ignoring your own policies, and are aiding and abetting willful trademark and copyright infringement.

Dwayne Goetzel

**From:** Name.com Compliance (Support) <abuse@name.com>
**Sent:** Tuesday, May 26, 2020 1:41 PM
**To:** Dwayne Goetzel <dgoetzel@intprop.com>
**Subject:** [compliancehelp] Re: startlovetoday.com - fraudulent registration

##- Please type your reply above this line -##

Your request (195037) has been solved. To add additional comments, reply to this email.

 **Name.com Compliance** (compliancehelp)
May 26, 2020, 12:40:43 PM CST

Hello,

Thank you for contacting Name.com concerning this domain. Name.com is not the owner, formally referred to as the registrant, of this domain. When a registrant purchases a domain, the governing authority that oversees domain

names (the Internet Corporation for Assigned Names and Numbers or "ICANN") requires that the individual provide valid contact details for the domain. These contact details are indexed in a publicly available registry and search-able through "whois queries". You can perform a whois query on this domain through a variety of sites, including https://www.name.com/whois-lookup. Recognizing that some registrants may not want to display their contact information publicly, ICANN allows for companies to offer privacy protection services to registrants. Privacy protection services replace the registrant's contact details available in the whois with the contact details of the company offering the privacy protection service. However, the registrar of the domain maintains a record of the registrant's contact details.

In the event that the domain is using a whois privacy service, you can reach the Registrant of this domain by filing the form found by visiting the URL provided for the registrant email in the whois output for the domain.

You may also want to consider other avenues to address this issue. If you feel the website violates any applicable copyright laws, providing a properly formatted DMCA –Digital Millennium Copyright Act complaint to the web host provider may be the best way to proceed. Unlike Name.com, the web host has access to and can directly affect the content of this domain.

In this instance, we suggest that you contact the party operating the website or the party hosting the website to have this matter properly resolved. A "ping" of the website you indicated often reveals the IP number of the party which probably hosts this website. You may then use http://who.is or another similar tool to identify this party (www.who.is).

If you feel this domain name violates any applicable trademark laws, filing a complaint through an ICANN authorized UDRP – Uniform Domain-Name Dispute-Resolution Policy arbitration provider may be the best way to proceed. Further details regarding the UDRP process are available at www.icann.org/en/udrp/udrp.htm. Two of the most popular UDRP arbitration providers are WIPO, or the World Intellectual Property Organization (www.wipo.int/), and NAF, or the National Arbitration Forum (www.adrforum.com/).

Please let us know if you have any questions.

Thank you,
Name.com Abuse

 **Dwayne Goetzel**

May 26, 2020, 9:46:34 AM CST

Dear Sirs,

Your registrant is committing trademark and copyright infringement with respect to the domain name "startlovetoday.com." I have already reported this situation to you. Name.com is aware of the trademark and copyright infringement, and has done nothing, in violation of the DMCA and its own policies and procedures.

I have provided a sworn declaration to Mr. Kinney of Name.com regarding the false and fraudulent information of the registrant. Another copy is attached hereto.

To date, I have received no response from Mr. Kinney.

Name.com has prior knowledge of this situation, dating back to November and December 2019 (see Ticket #1806781), and despite that prior knowledge, is still allowing a fraudulent registration to violate my client's rights.

If Name.com refuses to cooperate with the requests we have made to date, we have no choice but to amend our complaint to bring Name.com in as a defendant, and to seek recovery of damages and costs as a result of Name.com's intentional violation of my client's rights.

Dwayne K. Goetzel

Kowert, Hood, Munyon, Rankin & Goetzel, P.C.

1120 S. Capital of Texas Hwy.

Building 2, Suite 300

Austin, Texas 78746

Direct Dial: (512) 853-8860

Facsimile: (512) 853-8801

Email: dgoetzel@intprop.com

Website: www.intprop.com (http://www.intprop.com/)

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.

From: Dwayne Goetzel
Sent: Tuesday, May 19, 2020 9:53 AM
To: 'Erik Kinney' <ekinney@name.com>
Subject: startlovetoday.com – fraudulent registration

Erik,

Name.com has notice of the fraudulent registration of "startlovetoday.com." Name.com has notice of the copyright and trademark infringement that it is enabling. According to its own policies, Name.com has the right, power, and ability to prevent the ongoing copyright and trademark infringement, and to stop the harm being caused to my client, the National Domestic Violence Hotline.

Is Name.com going to adhere to its own policies and disable this infringing site or prevent it from being used? I need to know whether Name.com is going to cooperate with us and stop this blatant infringement, or if we have to take further steps against Name.com to protect my client's rights.

Please let me know no later than Thursday, May 21.

Dwayne

From: Dwayne Goetzel
Sent: Thursday, May 14, 2020 3:04 PM
To: 'Erik Kinney' <ekinney@name.com>
Subject: RE: startlovetoday.com – fraudulent registration

Erik,

Please let me know whether Name.com is going to cooperate with us on this matter. Thanks.

Dwayne

From: Dwayne Goetzel
Sent: Tuesday, May 5, 2020 4:21 PM
To: 'Erik Kinney' <ekinney@name.com>
Subject: startlovetoday.com – fraudulent registration

Erik,

After receiving the documents that Name.com supplied to us pursuant to the subpoena we issued, we contacted the purported registrant, Travis Buermann. After extensive discussions with him, it was determined that his identity had been fraudulently used, and that he had no connection with the registration of this domain name. See attached declaration.

As a result, the domain name "startlovetoday.com" was registered contrary to Name.com's policies (e.g., with respect to the registrant's name, address, telephone number, etc.).

In light of the evidence attached, and pursuant to Name.com's own policies, we respectfully request that access to the domain name startlovetoday.com be disabled, and that the infringing website at issue be taken down as violative of my client's copyright and trademark interests, as per the notices that I have previously supplied to Name.com.

If you have any questions or need further information, please contact me at your earliest convenience. I look forward to hearing from you very soon, as this matter is of utmost importance to my client.

Dwayne K. Goetzel

Kowert, Hood, Munyon, Rankin & Goetzel, P.C.

1120 S. Capital of Texas Hwy.

Building 2, Suite 300

Austin, Texas 78746

Direct Dial: (512) 853-8860

Facsimile: (512) 853-8801

Email: dgoetzel@intprop.com

Website: www.intprop.com (http://www.intprop.com/)

NOTICE: KHMRG is a full-service intellectual property law firm specializing in patents, trademarks, copyrights, unfair competition, and litigation matters relating to these areas.

This email and any attachments are intended only for the personal and confidential use of the designated recipients, and may constitute an attorney-client communication. If you have received this message in error, please notify me immediately by telephone (512.853-8800) and electronic mail at dgoetzel@intprop.com. Thank you.

From: Erik Kinney <ekinney@name.com>
Sent: Wednesday, March 4, 2020 3:21 PM
To: Dwayne Goetzel <dgoetzel@intprop.com>
Subject: STARTLOVETODAY.COM

Hello,

I am writing in regards to the subpoena we received for the domain STARTLOVETODAY.COM.

Attached are the underlying contacts and billing history for the domain. Please let me know if you should have any questions.

Best Regards,

--

Erik Kinney

Compliance Manager

Name.com (http://name.com)

ekinney@name.com

Attachment(s)
winstead2.pdf

This email is a service from compliancehelp. Delivered by Zendesk | Privacy Policy

# EXHIBIT V

# Domain Name Registration Agreement

## THIS AGREEMENT HAS A PROVISION FOR ARBITRATION OF DISPUTES BETWEEN THE PARTIES. PLEASE READ THE ENTIRE AGREEMENT IN DETAIL.

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services sold via Name.com and its related platforms ("Services"). In this Agreement "you" and "your" refer to you and the registrant listed in the WHOIS/Registration Data Directory Service ("RDDS") contact information for the domain name. "We", "us" and "our" refer to the registrars listed at the bottom of this document, any one of which will be the registrar for your domain name and all of which share common ownership, common terms and conditions, and a shared Services infrastructure. To determine which registrar your domain name is registered with, perform a RDDS lookup at our RDDS lookup (/whois-lookup).

## 1. YOUR AGREEMENT:

By using the Services, you agree to all terms and conditions of this Agreement, the UDRP (defined below), the URS (defined below), and any rules, policies, or agreements published in association with specific Services and/or which may be adopted or enforced by the Internet Corporation for Assigned Names and Numbers ("ICANN"), any registry, agency, or governments.

## 2. CHANGES TO THIS AGREEMENT:

This Agreement may change over time, either through amendments by us, changes to ICANN policy or applicable law which may or may not be reflected in the text of this Agreement, or otherwise. Before any material changes to this Agreement become binding on you (other than changes resulting from a change in ICANN policy or applicable law), we will notify you of such changes by, for example, sending you an email to the email address of record. If, as a result of such a change, you no longer agree with the terms of this Agreement, your exclusive remedies are (a) to transfer your domain name registration services to another registrar, or (b) to cancel your Services, including domain name registration services, with us. Your continued use of the Services following notification of a change in this Agreement indicates your consent to the changes. Unless otherwise specified by us, any such change binds you: (1) thirty (30) days after we notify you of the change, or (2) immediately if such change is a result of a new or amended ICANN policy or applicable law.

## 3. REGISTRANT RIGHTS AND RESPONSIBILITIES:

ICANN has developed, in consultation with registrars, a webpage that identifies important registrant rights and responsibilities. The document provides a "plain language" summary of terms related to Registrant Rights and Responsibilities as set out in the Registrar Accreditation Agreement (RAA), for

posting on registrar websites. While some of the terms included do not specifically refer to registrants, those terms are included because of the potential import to understanding registrar/registrant relations. The document also summarizes registrant rights and responsibilities that arise within ICANN Consensus Policies and specifications, as those policies and specifications are incorporated into the RAA. The summarization of terms within this document do not override or replace the terms set forth in the RAA or within those specifications or policy. Please review these important Registrant Rights and Responsibilities (https://www.icann.org/resources/pages/benefits-2013-09-16-en).

# 4. YOUR ACCOUNT:

You must create an account to use the Services ("Account"). You are solely responsible for maintaining, securing, updating, and keeping strictly confidential all login IDs and passwords, and for all access to and use of your Account by you or any third-party.

### A. ACCOUNT CONTACT INFORMATION AND DOMAIN NAME RDDS INFORMATION:

    i. You must provide current, complete and accurate information about you with respect to the RDDS information for your domain name(s). Within seven (7) days of any change to such information, you must update such information as needed to keep it current, complete and accurate.

       a. You **must** submit the following with respect to you (registrant): name, full postal address, email address, voice telephone number.

       b. We may require you to submit the following with respect to you (registrant): organization name (where applicable and relevant), and, where available, fax number.

       c. We may require you to submit the following with respect to the technical contacts for your domain name registration(s) and other Services: name, email address, voice telephone number, postal address, and, where available, fax number.

       d. We may require you to submit the following with respect to your administrative and billing contacts (where different from you): name, postal address, email address, voice telephone number, and, where available, fax number.

       e. We may, at any time and at our sole discretion, request additional information about you to confirm your Account and access. Additional information we may request may include, but is not limited to, documentation to confirm your identity or address, passport or identification documentation, or legal documentation verifying your identity.

    You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name. If you do not provide complete name-server information, or if you purchase "Name Only" Services, we may supply this information (and point your domain name to a website of our choosing) until such time as you elect to supply the name-server information or until such time as you elect to upgrade from "Name Only" Services.

    The type of information you are required to provide may change and you must provide

such information and keep your Account information current. Not providing requested information may prevent you from obtaining all, or any, Services. If at any time you provide fraudulent credit card or payment information, as determined solely by Name.com, we may, at our sole discretion, immediately shut down your account, delete or remove the domain names, and Services with no recourse to you.

B. OBLIGATIONS RELATING TO THE ACCOUNT AND RDDS CONTACT INFORMATION:

i. If, in obtaining Services, you provide information about or on behalf of a third-party (e.g. in the provision of an alternative administrative, technical or billing contact (as per (b)-(d) above), you represent and warrant that you have (a) provided notice to that third-party of the disclosure and use of that party's information as set forth in this Agreement, and (b) obtained the third-party's express written consent to the disclosure and use of that party's information as set forth in this Agreement. We may provide a notification to all contacts upon signup to the Services, providing a link to our Privacy Policy, and providing an opportunity to any so noted third-party to 'Opt Out'. Should such a third-party indicate that their data is being processed without their consent (i.e. should they choose to opt out) this may lead to a breach of this Agreement, which, depending on the nature of the breach may or may not be incurable and may be a basis for the suspension and/or cancellation of the Services.

ii. You represent and warrant that the statements in your application are true and that no Services are being procured for any unlawful or abusive purpose, including but not limited to the infringement of any intellectual property right or other right; the distribution of malware; the abusive operation of botnets; phishing, fraudulent or deceptive practices; the unauthorized transfer to yourself or any other party of any domain name or Services; counterfeiting; or any other activity in violation of any laws, rules, or regulations (the "Illegal Uses"). Providing inaccurate or unreliable information, failing to update information within seven (7) days of any change, engaging in any Illegal Uses, or failing to respond for over fifteen (15) days to inquiries by us concerning the accuracy of Account and RDDS contact information will constitute an incurable material breach of this Agreement and be a basis for suspension and/or cancellation of the Services.

iii. You are responsible for regularly monitoring email sent to the email address in your Account. You may lose your rights to the domain name(s) or your right to receive the Services if you do not respond appropriately and timely to an email sent in conjunction therewith.

C. ACCESSING YOUR ACCOUNT:

i. To change any of your Account information or to update or rectify any inaccurate domain name RDDS information, you must access your Account. It is your duty to safeguard your Account username and password from any unauthorized use. Any person in possession of your Account login identifier and password will have both the ability and your authorization to modify your Account and domain name information, initiate transfers of your domain name(s) to other registrars, initiate registrant changes to your domain names which may terminate your rights to use such domain name(s), update DNS changes to your domain name(s) which may result in changes to the content associated with your domain name(s), and take other actions which may affect or terminate your rights and access to your domain name(s) and/or the Services.

ii. We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and such reasonable precautions include procedures for releasing Account access information to parties who claim to have lost Account access information. If we take reasonable precautions in relation thereto, IN NO EVENT WILL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, OUR LIABILITY UNDER ANY CIRCUMSTANCES WILL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND IN PARAGRAPH 14 BELOW IN THIS AGREEMENT.

iii. If you contact us alleging that a third-party has unauthorized access to your Account or domain names, we may charge you administrative fees, currently set at fifty dollars (US$50) per hour, for our time spent in relation to the matter, regardless of whether or not we return control over the Account and/or domain name(s) to you. You will indemnify us for any reasonable attorneys' fees and costs we may incur in relation to the matter, even if those fees and costs accrue as a result of defending an action, or responding to a threat of an action, initiated by you or a third-party.

D. SHARING OF RDDS INFORMATION:

i. Subject to the terms of our Privacy Policy (/privacy-policy), we will make available certain domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, any ICANN-authorized escrow service, the registry administrator(s), and to other third-parties as ICANN and applicable laws may require or permit (including through web-based and other on-line RDDS lookup systems), whether during or after the term of your domain name registration services of the domain name. Where permitted by law, you irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. We may make publicly available, or directly available to third-parties, some, or all, of the information you provide, for purposes of inspection (such as through our RDDS service) or for targeted marketing and other purposes as required or permitted by applicable laws, including by way of bulk RDDS data access provided to third-parties who enter into a bulk RDDS data access agreement with us.

ii. ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding RDDS can be found at here (https://www.icann.org/resources/pages/registrars/consensus-policies/wmrp-en) and elsewhere on the ICANN website (https://www.icann.org/).

# 5. OUR SERVICES

A. DOMAIN NAME REGISTRATION:

i. We are an accredited registrar with ICANN for generic top-level-domain names ("gTLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the gTLDs. We also are a registrar for a variety of country code top-level-domain names ("ccTLDs") (such as .co, .uk, .de, etc.). A partial list of registry administrators and more information on gTLDs can be found here (https://archive.icann.org/en/tlds/).

Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms which end on the expiration date. For domain names which are created as a new registration out of the pool of available domain names, the term begins on the date the domain name registration is acknowledged by the applicable registry. For domain name registrations which were not returned to the pool of available domain names, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry.

ii. We are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator, including those arising out of or related to a request to register, renew, modify the settings for, or transfer of a domain name registration. You acknowledge that domain name registration is a service, domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, domain name registration services do not create a property interest and you have no such property interest in any domain name(s) which you may register with us.

B. AFTER MARKET DOMAIN NAMES:

i. We offer for sale domain names that are registered to third-parties (also known as after market domain names) in a variety of top-level-domain names ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. Note that some pricing may be subject to negotiation and is at our discretion. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you. In most, but not all cases, at the time the After Market Domain Name is transferred to your Account, the After Market Domain Name will have an expiration date that is at least six (6) months after the date of transfer. Any subsequent renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third-party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third-party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we may refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy. Any such refund will either be in the form of Account credit or the original payment method. More details regarding our refund policy can be found here (/policies/refund).

ii. Once the After Market Domain Name is transferred into your Account, such Aftermarket Domain Name may not be transferred away from us to another registrar during the first sixty (60) days following the transfer, during which time the After Market Domain Name

may be placed on transfer lock. All of your obligations under this Agreement that apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

C. ID PROTECTION SERVICES:

Your use of our privacy service that lists proxy contact information in the RDDS database instead of your contact information is governed by our ID Protection Service Agreement (/policies/idp).

D. WEB HOSTING SERVICES:

Your use of website hosting services is governed by our Web Hosting Service Agreement (/policies/webhosting-agreement).

E. SSL CERTIFICATES:

   i. Your use of Digicert SSL certificates (e.g., Rapid SSL, Symantec, and GeoTrust) is governed by the Digicert SSL Certificate Subscriber Agreement (https://www.digicert.com/legal-repository/Subscriber-Agreement.pdf).

   ii. Your use of Comodo/Sectigo SSL certificates is governed by the Sectigo Certificate Subscriber Agreement (https://sectigo.com/uploads/files/Certificate-Subscriber-Agreement-v2.2-click.pdf).

F. EMAIL SERVICES:

Your use of our email services is governed by our Email Service Agreement (/policies/email-service).

G. SITELOCK WEBSITE SECURITY:

SiteLock Find, SiteLock Fix, SiteLock Accelerate, SiteLock 911, and SiteLock Defend products (the "SiteLock Services") will be available for purchase in your checkout flow at Name.com. The SiteLock Services will be governed by the SiteLock's Customer Agreement which can be found here (https://www.sitelock.com/download/legal/SITELOCK_CUSTOMER_AGREEMENT_2019.pdf).

H. PRE-REGISTRATION SERVICE; DOMAIN NABBER BACKORDER SERVICE:

You may place a backorder/pre-registration request for certain domain names using our backorder/pre-registration service. For each domain name you place a backorder/pre-registration request for, we will make reasonable attempts to acquire such domain name on your behalf. We do not guarantee your backorder/pre-registration request will result in you obtaining the domain name and expressly reserve the right to (1) refuse additional backorder/pre-registration requests or (2) cancel existing backorder/pre-registration request at any time for any reason. If we refuse or cancel your backorder/pre-registration request, we will promptly refund any fees paid for the backorder/pre-registration request in the form of Account credit or, at our option, Promotional Credit (as defined below). By placing a backorder/pre-registration request, you agree to the following additional terms:

   i. Funds will not be returned on backorder/pre-registration orders between the time you request the domain name and the time we attempt to secure the domain for you.

   ii. If an unsuccessful attempt is made to acquire a domain name using our backorder/pre-registration service, a refund will be issued, excluding any non-refundable fees, in the form of Account credit or, at our option, Promotional Credit (as defined below).

   iii. Any time before ninety-six (96) hours prior to when the domain name is scheduled to become publicly available (for the avoidance of doubt, with respect to pre-registrations, the date the general availability phase of the gTLD is scheduled to begin), you may request to cancel your backorder/pre-registration. In the event we are able to cancel your backorder/pre-registration prior to the date the domain name is scheduled to become publicly available, we will issue you a refund for the order amount in the form of Account credit or, at our option, Promotional Credit (as defined below).

   iv. If the price for a secured domain name is higher than the price paid to place the initial backorder/pre-registration you will be immediately responsible for paying the difference in price. Failure to make payment will result in you forfeiting any rights or claims on the secured domain name as well as the initial funds paid to secure the backorder/pre-registration.

   v. If you fail to make timely payment for a secured domain name, we may (a) delete and make available the domain name for public registration; (b) make the domain name available to third-parties for purchase at our sole discretion; or (c) assume the registration of the domain name.

   vi. Using our backorder/pre-registration service may result in your domain name having a different registrar of record than us. By using our backorder/pre-registration service you acknowledge, understand and agree that you are bound by the materially similar registration agreement of the registrar of record, whomever that registrar may be.

I. WEBSITE BUILDER:

Your use of our website builder service is governed by our Website Builder Agreement (/policies/website-builder).

J. G SUITE:

Your use of the Google Inc. hosted services currently known as "G Suite" (formerly known as "Google Apps for Business," "Google Apps Vault," and/or "Google Drive Storage") (as these services may be renamed from time to time) is governed by our G Suite Service Agreement (/policies/googleapps).

11. Bl.ink Services:

Your use of Bl.ink services is governed by the following Terms of Service (https://www.bl.ink/terms-of-service/) and Privacy Policy (https://www.bl.ink/privacy-policy/).

L. NOT INCLUDED IN THE SERVICES:

   i. We are not responsible for determining whether the domain name(s) you select, or the use you or others make of the domain name(s), or other use of the Services, infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use or allow others to use infringe legal rights of others.

   ii. We might be ordered by a court or arbitrator to cancel, modify, or transfer your domain name. It is your responsibility to list accurate contact information in association with your Account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications

to you. Our policy is to comply with court orders from courts of competent jurisdiction as well as UDRP and URS Panel decisions. If you contact us informing us that you are contesting a court order from a court of competent jurisdiction, we may, but are not obligated to, place a transfer lock on the domain name pending the outcome of the dispute. If you contact us informing us that you are contesting an adverse UDRP or URS Panel decision, your time limits and procedures to do so are subject to the requirements set forth in the UDRP or URS. We will not delay implementation of a UDRP or URS Panel decision based solely on your informing us that you intend to contest the decision.

M. USE OF FREE SERVICES:

i. In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, free trials, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other free services which we may introduce from time to time (as such list may be modified by us from time to time) ("Free Services"), we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or any other advertising means, and we may aggregate for our own use, related usage data by means of cookies and other similar means. You will not be entitled to any of the proceeds we may earn as a result of such advertising. We may discontinue any Free Services at any time with or without providing you prior notice.

ii. From time to time we may provide you with free or low-cost domain name registration services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same Account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es) of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other Accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and the terms of this Agreement will apply to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we may be listed as the domain name registrant or we may delete such domain names or make them available to others. For any domain name services, including these Promotional Names, for which you are listed as registrant but for which you do not pay the registration or renewal fee, we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

# 6. SERVICES PROVIDED AT WILL; TERMINATION OR SUSPENSION OF SERVICES:

A. We may reject your domain name registration application or elect to discontinue providing Services to you for any reason within thirty (30) days of a Service initiation or a Service renewal, including but not limited to the reasons included in our Acceptable Use Policy (/policies/acceptable-use-policy), which may be amended from time to time at our sole discretion. Outside of these periods, we may reject, terminate or suspend the Services, including placing any domain name(s) on lock, hold, or similar status such as transferlock, at

any time for cause, which without limitation includes: (i) registration of prohibited domain name(s); (ii) abuse of the Services; (iii) payment irregularities or fraudulent payment information; (iv) allegations of illegal conduct or infringement of any third-party intellectual property right or other right, including violations of our Acceptable Use Policy (/policies/acceptable-use-policy); (v) failure to keep your Account or RDDS information accurate and up to date; (vi) failure to respond to inquiries from us for over five (5) calendar days; (vii) suspected, alleged or actual violations of sanctions laws as described in Section 6(B) below; or (viii) if your use of the Services involves us in a violation or alleged violation of any third-party's rights or acceptable use policies, including but not limited to the transmission of unsolicited email or the violation or alleged violation of any intellectual property right or other right. No fee refund will be made when there is a suspension or termination of Services for cause.

B. We also may reject, terminate or suspend the Services immediately and freeze the related account and all associated funds, without notice, if we cannot confirm that you or any other person to whom you are providing the Services, or who otherwise has an interest in the Services, is not a Sanctioned Person to whom we are prohibited by law from providing the Services. For purposes of this section, "Sanctioned Person" means any person or entity that is the subject or target of sanctions or restrictions under United Nations or U.S. economic sanctions or export controls, including any person or entity that is: (i) or is owned or controlled by a person or entity that is, listed on any applicable United Nations, U.S. or non-U.S. sanctions- or export-related restricted party list, including, the U.S. Department of the Treasury Office of Foreign Assets Control's Specially Designated Nationals and Blocked Persons List; or (ii) a national of or located in or organized under the laws of a jurisdiction that is subject to comprehensive United Nations or U.S. sanctions (including Iran, North Korea, Syria, or the Crimea region of Ukraine).

C. At any time and for any reason, we may terminate the Services thirty (30) days after we send notice of termination via mail or email, at our option, to the RDDS contact information provided in association with your domain name registration. Following notice of termination other than for cause, you must transfer your domain name within such thirty (30) day notice period or risk that we may delete your domain name, transfer the registration services associated with your domain name to ourselves or a third-party, or suspend or modify Services related to your domain name. If we terminate Services for a reason other than cause, we will provide a pro-rata refund of your fees.

D. If we terminate or suspend the Services provided to you under this Agreement, we may then, at our option, make either ourselves or a third-party the beneficiary of Services which are substantially similar to those which were previously provided to you. If we have grounds to terminate or suspend Services with respect to one domain name or in relation to other Services provided through your Account, we may terminate or suspend all Services provided through your Account.

E. We, and any registry, reserve the right to deny, cancel, or transfer any domain name registration or transaction, or place any domain name(s) on lock, hold, or similar status, including transferlock, as we, or the registry, deem necessary, in either our or the registry's unlimited and sole discretion: (i) to protect the integrity and stability of the registry; (ii) to comply with any applicable registry policies and/or procedures or ICANN rules and regulations, including without limitation, the registry agreement; (iii) to comply with any applicable laws, government rules or requirements, requests of law enforcement, or any

dispute resolution process; (iv) to avoid any liability, civil or criminal, on the part of us or the registry, as well as our or the registry's affiliates, subsidiaries, officers, directors, and employees; (v) to correct mistakes by us, another registrar, or the registry in connection with the domain name; (vi) following an occurrence of any of the prohibited activities described in Section 4.b.ii above; (vii) per the terms of this Agreement; or (viii) for the resolution of disputes concerning the domain name.

# 7. FEES; ACCOUNT CREDIT; PROMOTIONAL CREDIT; and TAXES

A. You agree to pay, prior to the effectiveness of the desired Services, the applicable Service fees set forth on the Pricing Page (/pricing) or otherwise communicated to you. In the event any of the fees for Services change, we will use reasonable efforts to give you thirty (30) days prior notice of such changes on the Pricing Page (/pricing) or by other reasonable means. Please check the Pricing Page (/pricing) often for any changes to our Services fees. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement specifically provides for a refund. At our option, any refunds granted by us may be in the form of Promotional Credit (as defined below). In addition, at our option, we may require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another. More details regarding our refund policy can be found here (/policies/refund).

B. You may elect to add Account credit for use in connection with obtaining all or certain of the Services. Account credit is non-refundable for any reason and is not transferable without our consent, which may be denied for any reason. You authorize us to deduct from your Account credit any amounts owed by you to us, including, without limitation, amounts owed as a result of your indemnification of us for third-party claims and any administrative costs, including reasonable administrative costs which may be charged for inactive accounts. Account credit has no expiration and will exist in your account so long as you have Services with us.

C. "Promotional Credit" is a form of a Name.com promo code that may be used to obtain a discount on eligible purchases through us. Each Promotional Credit will discount an eligible purchase through us by one dollar (US$1.00). The value of such discount and redemption criteria may change from time to time and will be determined by us in our sole discretion. Promotional Credits are not transferable, have no cash value, and cannot be used as payment of any obligations to us. Unless otherwise agreed to by us in writing, **Promotional Credit will expire sixty (60) days after the date such Promotional Credit is issued to your Account.**

D. Unless specified otherwise, the fees for the Services do not include taxes. If we are required to pay ICANN fees or United States or international sales, use, property, value-added ("VAT"), royalty, license, or other taxes based on your use of the Services, then you must pay such fees or taxes. This section does not apply to taxes based on our income.

# 8. PAYMENT ISSUES:

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Services where we disagree with the determination made by the credit card company, we may suspend access, or close accounts, to any and all Accounts you have with us and all interests in and use of any domain name registration services, website hosting, and/or email services, including all data hosted on our systems may be assumed by us, as the case may be, or may be terminated. We may reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fees and our then-current reinstatement fee in our sole discretion. If you have an issue with credit card or other payment charges, you should contact us regarding the issue before you contact your credit card or other payment process company to request a charge back or reversal of the charges.

## 9. EXPIRATION AND RENEWAL OF SERVICES:

It is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. With respect to domain name registration services, we will email a renewal notification approximately one (1) month and approximately one (1) week prior to each such domain name's expiration. In addition, if a domain name is not renewed, we will email an additional renewal notification within five (5) days after the expiration of such domain name's registration. All renewal notifications will be sent to the primary contact for the Account associated with the domain name registration. If the primary contact for the Account varies from the registrant contact listed for the domain name, then we will also email the registrant contact information listed for the domain name as well. It is your responsibility to maintain current and accurate credit card information should any Services be placed on "auto-renew." Should renewal fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Services, we may attempt to renew the Services a reasonable time before expiration, provided your credit card or other billing information is available and up to date. It is your responsibility to keep your billing information up to date and we are not required to, but may, contact you to update this information in the event that an attempted transaction is not processed successfully. Please note that for certain top level domain names, the automatic renewal option is not available.

## 10. EXPIRATION OF A DOMAIN NAME REGISTRATION:

Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to an IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, and we may either leave your RDDS information intact or we may change the contact information in the RDDS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.

A. Reactivation Period Process: For a period of approximately twenty-five (25) days after expiration of the term of domain name registration services, if applicable per the registry administrator for the domain name, we may provide a procedure by which expired domain name registration services may be renewed. We may, but are not obligated to, offer this process, called the "reactivation period." You assume all risks and all consequences if you wait until close to or after the expiration of the original term of domain name registration services to attempt to renew the domain name registration services. We may, in our sole discretion,

choose not to offer a reactivation period and we will not be liable therefore. The reactivation period renewal process, if any, may involve additional fees which we may determine. We may make expired domain name services available to third-parties, we may auction off the rights to expired domain name services (the auction beginning close to the end or after the end of the reactivation period), and/or expired domain name registration services may be re-registered to any party at any time.

B. After the reactivation period, if any, we may:

    i. Discontinue the domain name registration services at any time thereafter without notice. In which case, certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. We will participate in this process, typically called the "Redemption Grace Period" ("RGP"), for each gTLD registry administrator that provides it. We may, in our sole discretion, choose not to participate in the RGP process with respect to any or all of your ccTLD domain name registration services and we will not be liable therefore. If available, RGP typically ends between thirty (30) and forty-two (42) days after the end of the reactivation period of the domain name services. The current RGP fee varies by top-level-domain. Please contact our support team for further pricing details. We are not obliged to contact you to alert you that the domain name registration services are being discontinued; or

    ii. Pay the registry's registration fee or otherwise provide for the registration services to be continued. In which case, you will not be able to recover the domain name registration services; or

    iii. If we auctioned the domain name services to a third-party, we may transfer the domain name registration services to such third-party. In which case, the third-party who won the auction for the domain name services will control the domain name services, including control over the RDDS information and the DNS settings. You may recover the domain name registration services prior to the end of the reactivation period, as such reactivation period applied to you. We are not obliged to contact you to alert you that the domain name registration services are or were auctioned. We do not have to pay you any of the proceeds we may earn as a result of such an auction.

# 11. TRANSFERS

A. Transfer of your domain name(s) services will be governed by ICANN's Transfer Policy (https://www.icann.org/resources/pages/registrars/transfers-en), including the Registrar Transfer Dispute Resolution Policy (https://www.icann.org/resources/pages/tdrp-2012-02-25-en) as well as the UDRP and URS as described in Section 17 of this Agreement, as these policies may be modified from time to time. To transfer your domain name(s) you should first login to your Account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Alternatively, you should contact us to have your domain name(s) services locked or unlocked or to obtain the EPP "AuthCode." Only the registrant and the administrative contacts listed in the RDDS information may approve or deny a transfer request. Without limitation, domain name services may not be transferred within sixty (60) days of initial registration, within sixty (60) days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. We will follow the procedures for both gaining and losing registrars as outlined in ICANN's transfer policies.

Transfer requests typically take five (5) business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire, in which event you may need to reinstate the transfer request following a redemption of the domain name, if any. You may be required to resubmit a transfer request if there is a communication failure or other problem at either our end or at the registry. YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER WHETHER OR NOT THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

B. Upon initial registration, we may place a "Registrar Lock" (listed in the Account as "ClientTransferProhibited") on your domain name and associated services and this will prevent your domain name from being transferred without your authorization, though we are not required to do so. If you wish to remove the Registrar Lock at any time, you may do so within your Account, but until time that you remove the Registrar Lock you consent to deny any transfer requests made upon the domain name and associated Services.

C. You explicitly authorize us to act as your "Designated Agent" (as defined in ICANN's Transfer Policy (https://www.icann.org/resources/pages/registrars/transfers-en)) to approve each "Change of Registrant" (as defined in ICANN's Transfer Policy (https://www.icann.org/resources/pages/registrars/transfers-en)) on your behalf.

## 12. OWNERSHIP OF INFORMATION AND DATA:

We own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. We own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of the registrant and all contacts for the domain name registration[1], (d) any remarks concerning the registered domain name that appear or should appear in the RDDS or similar database, and (e) any other information we generate or obtain in connection with the provision of Services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

## 13. AGENTS AND LICENSES:

If you are registering a domain name for or on behalf of someone else, you represent that you have the authority to and will bind that person as a principal to all terms and conditions provided herein. If you license the use of a domain name you register to us or to a third-party, you remain the domain name holder of record, and remain responsible for all obligations at law and under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration and for ensuring non-infringement of any third-party intellectual property rights or other rights.

## 14. LIMITATION OF LIABILITY:

Registration Agreement

WE, THE REGISTRY OPERATOR, AND ICANN WILL NOT BE LIABLE FOR ANY (a) SUSPENSION OR LOSS OF THE SERVICES, (b) USE OF THE SERVICES, (c) INTERRUPTION OF SERVICES OR INTERRUPTION OF YOUR BUSINESS, (d) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICES OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (e) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (f) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (g) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (h) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (i) APPLICATION OF ANY DISPUTE POLICY. WE, THE REGISTRY OPERATOR, AND ICANN WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OUR MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR SERVICES, BUT IN NO EVENT GREATER THAN FOUR HUNDRED DOLLARS (US$400.00). BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 15. INDEMNITY:

You hereby release and agree to indemnify, defend, and hold us, ICANN, the registry operators, as well as the contractors, agents, employees, officers, directors, shareholders, subsidiaries, affiliates, divisions, accountants, attorneys, insurers, predecessors, successors and assigns of such parties ("Indemnitees") harmless from and against any and all liabilities, claims, demands, damages, losses, costs and expenses, causes of action or other liabilities of any kind, whether known or unknown, including reasonable attorneys' fees and court costs, in any way relating to, arising out of, or otherwise in connection with your domain registration, including, without limitation, the use, registration, extension, renewal, deletion, and/or transfer thereof and/or the violation of any applicable terms of conditions governing the registration, including this Agreement including any breach of any of your representations, warranties, covenants or obligations set forth in this Agreement, the Services provided hereunder, or your use of the Services, including, without limitation, infringement or alleged infringement by you, or by anyone else using the Services, of any intellectual property or other right of any person or entity, or from the violation or alleged violation of any of our or and ICANN's operating rules or policies relating to the Services provided. You will not enter into any settlement or compromise of any such indemnifiable claim that affects any Indemnitee without the prior written consent, which will not be unreasonably withheld, of the relevant Indemnitee, and you agree that these indemnification obligations will survive the termination or expiration of the Agreement for any reason. We may seek written assurances from you in which you promise to indemnify, defend, and hold us harmless from the costs and liabilities described in this paragraph, including on behalf of a registry operator or ICANN. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name Services for which you are the registrant and in relation to which we are the registrar of record. This indemnification is in addition to any indemnification (a) required under the UDRP, URS, or any other ICANN policy or any policy of any relevant registry; or (b) set forth elsewhere in this Agreement.

Registration Agreement

# 16. REPRESENTATIONS AND WARRANTIES:

YOU REPRESENT AND WARRANT THAT NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICES INFRINGES THE LEGAL RIGHTS OF A THIRD-PARTY OR WILL OTHERWISE SUBJECT US TO A LEGAL CLAIM. THE SERVICES ARE INTENDED FOR USE BY PERSONS WHO ARE AT LEAST EIGHTEEN (18) YEARS OLD AND BY USING THE SERVICES, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN (18) YEARS OLD AND ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICES IS ACCURATE. ALL SERVICES ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRARS, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICES, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICES. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

# 17. DISPUTE RESOLUTION POLICY:

You are bound by all ICANN consensus policies and all policies of any relevant registry, including but not limited to: (i) the Uniform Domain Name Dispute Resolution Policy (https://www.icann.org/resources/pages/policy-2012-02-25-en) ("UDRP") along with the UDRP Rules (https://www.icann.org/resources/pages/udrp-rules-2015-03-11-en) and all Supplemental Rules of any UDRP provider; and (ii) the Uniform Rapid Suspension System (https://newgtlds.icann.org/en/applicants/urs) ("URS") along with the URS Rules and all Supplemental Rules of any URS provider. The UDRP and URS may be changed by ICANN (or ICANN's successor) at any time. If the registration or reservation of your domain name is challenged by a third-party, you will be subject to the provisions specified in the UDRP and URS in effect at the time your domain name registration is disputed by the third-party. In the event a domain name dispute arises with any third-party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP and URS. If you or your domain name is the subject of litigation, we may deposit control of your domain name record into the registry of the judicial body by providing a party with a registrar certificate.

# 18. GOVERNING LAW AND JURISDICTION FOR DISPUTES:

A. Except as otherwise set forth in the UDRP, URS, or any similar ccTLD policy, with respect to any dispute over a domain name registration, this Agreement, your rights and obligations and all actions contemplated by this Agreement will be governed by the laws of the United States of America and the State of Washington, as if the Agreement was a contract wholly entered into and wholly performed within the State of Washington.

B. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of the agreement to arbitrate, will be determined by arbitration in King County, Washington, before one arbitrator. The arbitration will be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction. YOU AND WE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER IN ANY FORM OF A CLASS PROCEEDING. Further, unless both you and we expressly agree otherwise in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a class proceeding. This clause will not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your Account and/or domain name RDDS information or by electronically transmitting a true copy of the papers to the email address listed by you in your Account and/or domain name RDDS information.

C. Notwithstanding the foregoing, for the adjudication of third-party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you will submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public RDDS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Denver, Colorado.

## 19. NOTICES:

Any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the Account and/or domain name RDDS information you have provided.

## 20. ADDITIONAL REGISTRY REQUIREMENTS:

A. Some registries have additional contractual requirements that you agree to by registering domain names from those registries. You are responsible for reviewing any terms and conditions applicable to or provided by such registries. By accepting this Agreement, you agree to be bound to the applicable additional registry requirements (/policies/additional-registry-requirements).

B. Regulated TLDs. For domain name registrations in any "Regulated TLD", you acknowledge and agree that your registration is subject to the following additional requirements: (1) comply with applicable laws, including those that relate to privacy, data collection, consumer protection

(including relation to misleading and deceptive conduct), fair lending, debt collection, organic farming, disclosure of data, and financial disclosures; (2) if you collect and maintain sensitive health and financial data you must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law. Regulated TLDs include, but are not limited to, the following. Note that Name.com does not necessarily support all of these TLDs: .accountant, .accountants, .app, .architect, .art, .associates, .audio, .author, .band, .beats, .bio, .book (and IDN equivalent), .broadway, .broker, .broker, .brokers, .capital, .care, .cash, .cashbackbonus, .city, .claims, .clinic, .cloud (and IDN equivalent), .credit, .data, .degree, .dental, .design, .diet, .digital, .discount, .download, .earth, .eco, .engineer, .engineering, .entertainment, .exchange, .fan, .fans, .fashion (and IDN equivalent), .film, .finance, .financial, .financialaid, .fit, .fitness, .forex, .free, .fund, .game, .games, .gives, .giving, .gratis, .green, .health, .healthcare, .healthy (IDN Chinese equivalent), .heart, .hiphop, .hiv, .insure, .investments, .juegos, .kid, .kids, .kinder, .law, .lease, .legal, .limited, .loan, .loans, .market, .markets, .mba, .med, .media, .money, .mortgage, .movie, .music, .netbank, .news, .online, .organic, .pay, .payu, .physio, .pictures, .play, .radio, .realtor, .realty, .rehab, .reise, .reisen, .reit, .retirement, .rip, .sale, .save, .school, .schule, .show, .show, .software, .song, .tax, .theater, .theatre, .tour, .tours, .town, .toys, .trading, .travelersinsurance, .tunes, .tvs, .vermogensberatung, .vet, .video, .weather and .zip.

C. <u>Highly Regulated TLDs</u>. In addition to the requirements for Regulated TLDs listed above, domain name registrations in any "Highly-Regulated TLD" are subject to the following registrant requirements: (1) you will provide administrative contact information, which must be kept up-to-date, for the notification of complaints or reports of registration abuse, as well as the contact details of the relevant regulatory, or industry self-regulatory, bodies in their main place of business; (2) you represent that you possess any necessary authorizations, charters, licenses and/or other related credentials for participation in the sector associated with such Highly-Regulated TLD; and (3) you will report any material changes to the validity of your authorizations, charters, licenses and/or other regulated credentials for participation in the sector associated with the Highly-Regulated TLD to ensure you continue to conform to the appropriate regulations and licensing requirements and generally conduct your activities in the interests of the consumers they serve. Highly-Regulated TLDs include, but are not limited to, the following. Note that Name.com does not necessarily support all of these TLDs: .abogado, .attorney, .autoinsurance, .bank, .banque, .bet, .bingo, .carinsurance, .casino, .charity , and IDN equivalent), .corp, .cpa, .creditcard, .creditunion, .dds, .dentist, .doctor, .fail, .gmbh, .gripe, .hospital, .inc, .insurance, .ira, .lawyer, .lifeinsurance, .llc, .llp, .lotto, .ltd, .ltda, .medical, .mutualfunds, .mutuelle, .pharmacy, .poker, .sal, .sarl, .spreadbetting, .srl, .sucks, .surgery, .university, .vermogensberate, .vesicherung, and .wtf. For .doctor registrants who hold themselves out to be licensed medical practitioners must be able to demonstrate to us and the registry operator, upon request, that they hold the applicable license.

D. <u>.army, .navy, .airforce</u>: By registering a domain in one or any of these TLDs, you represent that you will take reasonable steps to avoid misrepresenting or falsely implying that you or your business is affiliated with, sponsored or endorsed by one or more country's or government's military forces if such affiliation, sponsorship or endorsement does not exist.

## 21. GENERAL:

The parties hereby incorporate the requirements of 41 CFR 60-1.4(a), 300.5(a) and 741.5, if applicable. This Agreement and all applicable ICANN policies and the policies of any relevant registry, including but not limited to the UDRP and URS, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications. You represent, warrant, and agree that upon entering into this Agreement, that you are not relying upon and have not relied upon any representation, promise, or statement made by anyone which is not recited, contained, or embodied in this Agreement. Nothing contained in this Agreement will be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The failure of us to require your performance of any provision hereof will not affect the full right to require such performance at any time thereafter; nor will the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself. In the event that any provision of this Agreement will be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity will not render this Agreement unenforceable or invalid as a whole. We will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, our original objectives and intent as reflected in the original provision. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us. The parties hereby incorporate the requirements of 41 CFR 60-1.4(a), 300.5(a) and 741.5, if applicable.

[1] For the avoidance of doubt, where any such data is 'Personal Data', 'ownership' denotes our responsibility as controllers (or processor where appropriate) of data for those purposes as outlined in our Privacy Policy (/privacy-policy).

Name.com is a proud part of Donuts, Inc. (http://donuts.domains), a leading domain name services company. Name.com is a Registered Trademark. © 2001 – 2020  All Rights Reserved