# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| Court | |
|---|---|
| **Federal Court**<br>**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS**<br>**Travis County, Texas** | |
| Plaintiff<br>**NATIONAL DOMESTIC VIOLENCE HOTLINE** | Cause #<br>**1:20-CV-00157-LY** |
| Defendant(s)<br>**NAME.COM, INC.; DOMAIN PROTECTION SERVICES, INC.** | Came to Hand Date/Time<br>**9/24/2020 9:02 AM** |
| Manner of Service<br>**Personal** | Service Date/Time<br>**9/24/2020 11:57 AM** |
| Documents<br>**SUMMONS; COMPLAINT** | Service Fee:<br>**$125.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **9/24/2020** at **11:57 AM**: I served **SUMMONS and COMPLAINT** upon **DOMAIN PROTECTION SERVICES, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **DOMAIN PROTECTION SERVICES, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT, Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a blonde-haired white female approx. 35-45 years of age, 5'6" -5'8" tall and weighing 160-180 lbs** at **112 NORTH CURRY STREET, CARSON CITY, NV 89703**.

null

My address is: **185 Martin St., Reno, NV 89509**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Robert J Clark

Robert James Clark

10/01/2020

Date Executed

Ref **REF-6523109**

**0057597328**

**txefile@abclegal.com**



**Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.**

Tracking # **0058345582**



# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| | |
|---|---|
| Court<br>**Federal Court**<br>**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS**<br>**Travis County, Texas** | |
| Plaintiff<br>**NATIONAL DOMESTIC VIOLENCE HOTLINE** | Cause #<br>**1:20-CV-00157-LY** |
| Defendant(s)<br>**NAME.COM, INC.; DOMAIN PROTECTION SERVICES, INC.** | Came to Hand Date/Time<br>**9/24/2020 8:43 AM** |
| Manner of Service<br>**Personal** | Service Date/Time<br>**9/24/2020 11:57 AM** |
| Documents<br>**SUMMONS; COMPLAINT** | Service Fee:<br>**$125.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **9/24/2020** at **11:57 AM**: I served **SUMMONS and COMPLAINT** upon **NAME.COM, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **NAME.COM, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT, Registered Agent, Kris Osborne who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a blonde-haired white female approx. 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs** at **112 NORTH CURRY STREET, CARSON CITY, NV 89703**.

null

My address is: **185 Martin St., Reno, NV 89509**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Robert James Clark (signature)

Robert James Clark

10/01/2020

Date Executed

Ref **REF-6523109**

**0057597327**

**txefile@abclegal.com**



abclegal

**Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.**

Tracking # **0058345571**

